


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (RNC) |
|---|---|---|
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light & Power | : | |
| Defendants | : | October 7, 2003 |

### Plaintiffs' Motion to Modify
### the Order on Pretrial Deadlines

The plaintiffs, Joseph A. Schiavone Corporation and Michael Schiavone (collectively, "Schiavone"), request an extension of the pretrial deadlines. The pretrial deadlines currently in effect are set forth in the Court's *Amended Order Regarding Case Management Plan*, dated June 18, 2003, which amended the Court's *Order Regarding Case Management Plan*, dated February 14, 2003. As set forth in more detail below, Schiavone requests an extension of all the remaining pretrial deadlines. Information obtained through discovery, depositions, and other sources resulted in Schiavone moving to add Connecticut Light and Power Company (CL&P) as a party defendant. Plaintiffs' motion to add CL&P was granted on June 6, 2003.

CL&P did not answer within the time provided by the rules. Schiavone moved for a default which was granted by the clerk. CL&P moved to set aside the default; Schiavone objected and filed