48

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH A. SCHIAVONE CORPORATION<br>MICHAEL SCHIAVONE<br>Plaintiffs,<br><br>v.<br><br>PHILIP KASDEN<br>NORTHEAST UTILITIES SERVICE COMPANY<br>THE CONNECTICUT LIGHT AND POWER COMPANY<br>Defendants. | CIVIL ACTION NO.:<br>302 CV-1718 (RNC)<br><br><br>September 2, 2003 |

## DEFENDANT THE CONNECTICUT LIGHT AND POWER COMPANY'S MOTION TO SET ASIDE ENTRY OF DEFAULT

**November 18, 2003.** Joseph A. Schiavone Corp., et al., v. Philip Kasden, et al., No. 3:02-CV-1718(RNC)

Re: **CL&P's Motion to Set Aside Entry of Default** [doc. 48]

**Granted.** The strong policy favoring resolution of claims and defenses on the merits dictates that the default be set aside. There is no evidence or reason to suspect that defendant purposefully delayed filing the answer for three weeks in order to hinder the plaintiffs; nor any evidence or reason to believe that plaintiffs have been or will be prejudiced by defendant's failure to file the answer three weeks earlier; and the asserted defense cannot be rejected on the pleadings. Accordingly, the default is hereby set aside. So ordered.

Robert N. Chatigny, U.S.D.J.