## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (MRK) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | : | |
| Defendants | : | September 12, 2003 |



**Application for Judgment by Default Against Connecticut Light and Power Company**

Pursuant to FRCP Rule 55(b)(2), the plaintiffs apply to the Court for a Judgment by Default

**November 18, 2003.** Joseph A. Schiavone Corp., et al., v. Philip Kasden, et al., No. 3:02-CV-1718(RNC)

Re: **Plaintiffs' Application for Judgment By Default Against CL&P** [doc. 51]

**Denied.** The strong policy favoring resolution of claims and defenses on the merits dictates that the default be set aside. There is no evidence or reason to suspect that defendant purposefully delayed filing the answer for three weeks in order to hinder the plaintiffs; nor any evidence or reason to believe that plaintiffs have been or will be prejudiced by defendant's failure to file the answer three weeks earlier; and the asserted defense cannot be rejected on the pleadings. Accordingly, the application for default judgment is hereby denied. So ordered.



Robert N. Chatigny, U.S.D.J.