UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone,<br><br>      Plaintiffs<br><br>v.<br><br>Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light & Power<br><br>      Defendants | Civil Action<br>No. 302 CV-1718 (RNC)<br><br><br><br><br><br><br><br><br><br>January 29, 2004 |

### Plaintiffs' Motion to Modify the Order on Pretrial Deadlines

The plaintiffs, Joseph A. Schiavone Corporation and Michael Schiavone (collectively, "Schiavone"), request an extension of the pretrial deadlines. The pretrial deadlines currently in effect are set forth in *Plaintiffs' Motion to Modify the Order on Pretrial Deadlines*, dated October 7, 2003 and so ordered by Judge Martinez on October 28, 2003. As set forth in more detail in the table below, Schiavone requests a 90 day extension of all the remaining pretrial deadlines. This request is necessitated by ongoing discovery issues as well as the negotiations with US EPA and CT DEP.

Pursuant to Local Rule 37(d)(2), counsel for Schiavone and Connecticut Light & Power ("CL&P") engaged in a telephone conference on January 23, 2004 concerning CL&P's December 30, 2003 *Objections and Partial Responses to Plaintiffs' First Set of Interrogatories and Production Requests*. Counsel were unable to reach agreement on certain objections and a Motion to Compel will be necessary to resolve those differences. In addition, Northeast Utilities Service Company ("NUSCO") objected to the *Ruling on Plaintiff's Motion to Compel* by Judge Martinez on June 11,

2003. *NUSCO's Objection to Magistrate Judge Martinez' Ruling on Plaintiff's Motion to Compel,* dated June 23, 2003 and Schiavone's response of July 7, 2003, have not been resolved by the Court. The CL&P discovery objections raise the same issue. Once these items are resolved, discovery as to both NUSCO and CL&P can be completed. Schiavone's experts will then have some of the facts necessary to complete their opinions.

Schiavone's environmental engineer continues to negotiate with Region I of the US EPA and the CT DEP as to the proper remedy to be installed on Lot 2 and 2A in North Haven, Connecticut. Schiavone has diligently pursued these negotiations but cannot control the time frame for responses and decisions by these agencies. Until the regulators agree with each other and with Schiavone on a remedy it is difficult, if not impossible, for Schiavone's experts to complete their reports, which are currently due on February 28, 2004.

The pretrial deadlines should be extended to allow for resolution by the Court of all pending motions and objections, since those are items which deserve resolution before discovery is completed and expert reports are prepared. The deadlines should be extended to allow time for resolution of negotiations with the US EPA and CT DEP as to the scope of the remedy. While Schiavone cannot guarantee that an agreement will be reached with both US EPA and CT DEP within the proposed schedule, Schiavone will continue to make every effort to do so.

Counsel for NUSCO and CL&P was consulted and does not object to extending the pretrial deadlines. This is the third request to extend the pre-trial deadlines in this case.

The following proposed deadlines provide for an extension of each of the remaining deadlines:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Completion of All Discovery | May 28, 2004 | August 26, 2004 |
| Plaintiffs' Expert Disclosure and Reports | February 28, 2004 | May 28, 2004 |
| Depositions of Plaintiffs' Experts | March 28, 2004 | June 28, 2004 |
| Defendants' Expert Disclosure and Reports | April 29, 2004 | July 28, 2004 |
| Depositions of Defendants' Experts | May 28, 2004 | August 26, 2004 |
| Joint Trial Memorandum | August 28, 2004 | November 30, 2004 |
| Trial Ready List | September 2004 | December 2004 |
| Request for Pre-filing Conference Re: Summary Judgement Motion | April 15, 2004 | July 14, 2004 |

The plaintiffs request that the Court enter a new Order modifying the pre-trial deadlines in accordance with the proposal above.

                                                    Respectfully submitted,
                                                    Joseph A. Schiavone Corporation, and
                                                    Michael Schiavone
                                                    Plaintiffs

                                                    _____
                                                    Nicholas J. Harding
                                                    Federal Bar No. ct06387
                                                    Kosloff & Harding
                                                    Their Attorneys
                                                    28 North Main Street
                                                    West Hartford, CT 06107
                                                    Tel: (860)521-7004
                                                    Fax: (860) 521-3352

## **ORDER**

The foregoing motion having come before the Court, it is hereby ORDERED

GRANTED/DENIED.                                                           BY THE COURT

                                                                        _____
                                                                        Judge/Clerk

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\MotionToModifyDeadlinesJanuary2004.wpd

## Certificate of Service

    I hereby certify that a copy of the above was mailed or delivered in hand on January 29, 2004 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| Connecticut Light and Power Company<br>Northeast Utilities Service Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Duncan Ross MacKay, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:  665-5504 |

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
District Court
450 Main Street
Hartford, CT 06103