UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | : | |
| Defendants | : | January 30, 2004 |

**Plaintiffs' Motion for Extension of Time To File a Motion to Compel Discovery
Based on Plaintiffs' First Set of Interrogatories and Production Requests
Addressed To Connecticut Light & Power Company**

Plaintiffs seek an extension of 14 days in which to file a motion to compel discovery based on *Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light & Power Company*, dated December 2, 2003. Connecticut Light and Power Company's ("CL&P") original *Objections and Partial Responses to Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light & Power Company*, dated December 30, 2003, objected to each of the 7 interrogatories and 4 of the 5 production requests while providing "partial" responses and some documents. Although CL&P did not object to the fifth document request, plaintiffs found its response inadequate.

By letter dated January 8, 2004 (copy attached), counsel for plaintiffs pointed out several problems with CL&P's response. As the letter indicates: (1) the responses are not signed by CL&P,

(2) the "partial" responses are inappropriate where the entire interrogatory has been objected to, (3) each of CL&P's objections is waived as it is generic boilerplate rather than the specific detailed objection required under the Rules, and (4) each of the objections is merit less. CL&P has since provided the required signature.

During a conference call on January 23, 2004, counsel for CL&P agreed to withdraw objections to Interrogatory #2, Interrogatory #7, and Request for Production #3. It was also agreed that CL&P would provide revised responses which replace "please see" type references to prior responses of another defendant with more appropriate language specifically adopting such material as CL&P's own response. Revised responses were to be provided by 12:00 pm January 30, 2004. These agreements are summarized in the attached correspondence dated January 23, 2004. No other agreements were reached but counsel for CL&P did indicate he would consider revising his objections to provide the required specificity while maintaining his position that the objections as written complied with the rules of discovery.

Pursuant to the Court's *Order Regarding Case Management Plan*, dated February 14, 2003, a motion to compel discovery must be filed within 30 days of the deadline for response to the relevant discovery requests. For the above referenced requests, plaintiffs' motion to compel would be due today, January 30, 2004. Plaintiffs were prepared to file a motion to compel today, based on CL&P's original responses as modified by the agreements reached in conference with CL&P's counsel. Revised responses were received at approximately 2:00 pm today, January 30, 2004. Upon initial review of the revised responses it is apparent that additional detail has in fact been added to at least some of the remaining objections. The plaintiffs need additional time to review the new

information provided in the remaining objections.

Therefore, plaintiffs request an extension of time of 14 days, up to and including February 13, 2004, in which to file a motion to compel discovery based on CL&P's revised responses and objections.

The undersigned discussed this Motion with counsel for CL&P who expressed no objection to the filing of this Motion

                          Respectfully submitted,

                          Joseph A. Schiavone Corporation, and
                          Michael Schiavone
                          Plaintiffs

                          _____
                          Nicholas J. Harding
                          Federal Bar No. ct06387
                          Kosloff & Harding
                          Their Attorneys
                          28 North Main Street
                          West Hartford, CT 06107
                          Tel: (860)521-7004
                          Fax: (860) 521-3352

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on January 30, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company  
Northeast Utilities Service Company

Charles J. Nicol, Esq.  
Angela L. Ruggiero, Esq.  
Duncan Ross MacKay, Esq.  
Northeast Utilities Service Company  
P.O. Box 270  
Hartford, CT 06141-0270

Tel:     665-3431 / 665-3495  
Fax:    665-5504

_____  
Nicholas J. Harding

Filing Location:

Office of the Clerk  
U.S. District Court  
450 Main Street  
Hartford, CT 06103