UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | |
| v. | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | |
| Defendants | January 30, 2004 |

**Plaintiffs' Motion for Extension of Time To File a Motion to Compel Discovery Based on Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light & Power Company**

Plaintiffs seek an extension of 14 days in which to file a motion to compel discovery based on *Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light & Power Company*, dated December 2, 2003. Connecticut Light and Power Company's ("CL&P") original *Objections and Partial Responses to Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light & Power Company*, dated December 30, 2003, objected to each of the 7 interrogatories and 4 of the 5 production requests while providing "partial" responses and some documents. Although CL&P did not object to the fifth document request, plaintiffs found its response inadequate.

By letter dated January 8, 2004 (copy attached), counsel for plaintiffs pointed out several problems with CL&P's response. As the letter indicates: (1) the responses are not signed by CL&P,