# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | |
| v. | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light & Power | |
| Defendants | January 29, 2004 |

### Plaintiffs' Motion to Modify the Order on Pretrial Deadlines

The plaintiffs, Joseph A. Schiavone Corporation and Michael Schiavone (collectively, "Schiavone"), request an extension of the pretrial deadlines. The pretrial deadlines currently in effect are set forth in *Plaintiffs' Motion to Modify the Order on Pretrial Deadlines*, dated October 7, 2003 and so ordered by Judge Martinez on October 28, 2003. As set forth in more detail in the table below, Schiavone requests a 90 day extension of all the remaining pretrial deadlines. This request is necessitated by ongoing discovery issues as well as the negotiations with US EPA and CT DEP.

Pursuant to Local Rule 37(d)(2), counsel for Schiavone and Connecticut Light & Power ("CL&P") engaged in a telephone conference on January 23, 2004 concerning CL&P's December 30, 2003 *Objections and Partial Responses to Plaintiffs' First Set of Interrogatories and Production Requests*. Counsel were unable to reach agreement on certain objections and a Motion to Compel will be necessary to resolve those differences. In addition, Northeast Utilities Service Company ("NUSCO") objected to the *Ruling on Plaintiff's Motion to Compel* by Judge Martinez on June 11,

GRANTED. So ordered. 2/12/04