# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | : | |
| Defendants | : | February 12, 2004 |

## Plaintiffs' Motion for Order Compelling Discovery
## from Connecticut Light & Power Company

Plaintiffs' request an Order compelling Connecticut Light & Power Company ("CL&P") to comply with *Plaintiffs' First Set of Interrogatories and Production Requests Addressed to Connecticut Light & Power Company*, dated December 2, 2003 and consisting of 7 interrogatories and 5 document production requests (Exhibit A to Plaintiffs' Memorandum). CL&P's response, dated December 30, 2003, objected to each of the 7 interrogatories and 4 of the 5 production requests while providing undefined "partial" responses and some documents (Exhibit B to Plaintiffs' Memorandum). Although CL&P did not object to the fifth document request, its response is not

**Oral Argument Requested**

adequate.

Pursuant to FRCP Rule 37(2)(B) and Local Rule 37(a)(2), undersigned counsel for plaintiff in good faith conferred with CL&P's counsel in an effort to secure the information and documents without court intervention or resolve by agreement the issues raised. *See* Affidavit of Nicholas J. Harding, Exhibit D to Plaintiffs' Memorandum; *see* also correspondence dated January 23, 2004, Exhibit E to Plaintiffs' Memorandum. CL&P agreed to withdraw its objections with respect to Interrogatory #2, Interrogatory #7, and Request for Production #3. It was also agreed that CL&P would provide revised responses which replace "please see" type references to prior responses of another defendant with more appropriate language specifically adopting such material as CL&P's own response. No other agreements were reached but counsel for CL&P indicated he would *consider* revising objections to provide additional specificity.

Revised responses were provided on January 30, 2004. Exhibit G to Plaintiffs' Memorandum. These responses include additional detail for some, though not all, of the generic objections provided in the original responses. As set forth in more detail in the Plaintiffs' Memorandum, the revised responses reflect some, but not all, of the changes agreed on during the conference.

CL&P failed to comply with FRCP Rules 33(b) and 34(b). CL&P's original responses provided only generic, boilerplate objections without any detail, reasoning, explanation, or specificity and its revised responses, adding minimal detail to some, but not all, of the remaining

objections, are without merit. CL&P's partial responses, coupled with objections to each interrogatory in its entirety, are improper. Therefore, CL&P has waived all objections to *Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light & Power Company.*

Plaintiffs respectfully request an Order compelling CL&P to respond in full to the interrogatories and to produce all responsive documents.

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

*/s/ Nicholas J. Harding*

Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860) 521-7004
Fax: (860) 521-3352

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\Discovery\MotionToCompelCL&PResponses.wpd

3

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on February 12, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company
Northeast Utilities Service Company

Charles J. Nicol, Esq.
Angela L. Ruggiero, Esq.
Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270

Tel:   665-3431 / 665-3495
Fax:   665-5504

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103