UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | : | |
| Defendants | : | December 2, 2003 |

## Plaintiffs' First Set of Interrogatories and Production Requests Addressed To Connecticut Light and Power Company

Pursuant to FRCP Rules 26 and 33, and Local Rule 39, the plaintiffs request that the defendant Connecticut Light and Power Company respond to the following interrogatories under oath and within 30 days after the service of same.

The definitions and rules of construction contained in Local Rule 39 apply to this discovery request. In addition, the following term shall have the following meaning:

1. "Lot 2" means that real property located at 175 Universal Drive, North Haven Connecticut more specifically identified in Exhibit 1 to the June 9, 2003 *Second Amended Complaint* in the above captioned matter.

2. "Lot 2A" means that real property located at 175 Universal Drive, North Haven Connecticut more specifically identified in Exhibit 2 to the June 9, 2003 *Second Amended Complaint* in the above captioned matter.

3. "Kasden & Sons" means H. Kasden & Sons, Inc. and its tenants, subcontractors, officers, directors, employees, partners, agents and corporate parents, subsidiaries, and affiliates and any predecessors of same.

EXHIBIT A

4.  "CL&P" means Connecticut Light and Power Company and its subcontractors, officers, directors, employees, partners, agents, corporate parents, subsidiaries, and affiliates and any predecessors of same.

## Interrogatories

1.  Please provide the names, employment titles, dates of employment, and, if not currently employed by CL&P, last known addresses of all employees of CL&P from 1968 through 1978 who in the regular course of their duties were involved with the purchase, use, repair, maintenance, or disposal of transformers and other PCB containing material or equipment.

**Answer:**

2.  Please provide the names, employment titles, dates of employment, and, if not currently employed by CL&P, last known addresses of all employees of CL&P in managerial positions whose employment responsibilities included maintaining and monitoring environmental compliance for the years 1968 through 1978.

**Answer:**

3.  Please describe in detail any and all document retention policies or procedures in effect for CL&P from 1968 through the present.

**Answer:**

4.  Please provide the names, employment titles, dates of employment, and, if not currently employed by CL&P, last known addresses of all employees of CL&P responsible for document retention or management for the years 1968 through the present.

**Answer:**

5.  Please describe in detail all transactions and business transactions between CL&P and Kasden & Sons.

**Answer:**

6. Please describe in detail CL&P's practices and procedures for purchase, use, repair, maintenance, and disposal of transformers and other PCB containing material or equipment for the years 1968 through 1978.

**Answer:**

7. Please identify any entity or persons with or through which CL&P arranged for the transport or disposal of transformers or other PCB containing materials or equipment for the years 1968 through 1978.

**Answer:**

**Document Production Requests**

Pursuant to FRCP Rules 26 and 34, and Local Rule 39, the plaintiffs hereby request that you produce, at the office of Kosloff & Harding, 28 North Main Street, West Hartford, Connecticut, 06107, the documents described below. In accordance with FRCP 34(b), you must produce the documents as they are kept in the usual course of business or you must organize and label them to correspond with the numbered categories in this request.

The definitions and rules of construction contained in Local Rule 39 apply to this discovery request, other terms have defined meanings as set forth above, p. 1-2.

1. All documents concerning transactions or business transactions with Kasden & Sons as identified in response to Interrogatory # 5 above.

**Answer:**

2. All documents concerning CL&P's purchase, use, repair, and maintenance or service of transformers and other PCB containing material or equipment for the years 1968 through 1981.

**Answer:**

3. All documents concerning arrangements for transport or disposal of transformers and other PCB containing material or equipment by CL&P, for the years 1968 through 1978, at Lot 2, Lot 2A, or with Kasden.

**Answer:**

4. Any and all documents containing information about any transformers CL&P purchased, used, maintained, serviced, disposed of, or arranged for the disposal of from 1968 to 1981, including: manufacturer, date of manufacture, type of dielectric fluid, tests performed on the transformers, and service or maintenance of the transformers.

**Answer:**

    5.    All documents supporting or concerning each of your affirmative defenses as set forth in your September 2, 2003 *Answer to Second Amended Complaint*.

**Answer**:

    Respectfully submitted,

    Joseph A. Schiavone Corporation, and
    Michael Schiavone
    Plaintiffs

    */s/ Nicholas J. Harding*
    Nicholas J. Harding
    Federal Bar No. ct06387
    Kosloff & Harding
    Their Attorneys
    28 North Main Street
    West Hartford, CT 06107
    Tel: (860)521-7004
    Fax: (860) 521-3352

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\Discovery\DiscoveryFirstSetCL&P.wpd

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on December 2, 2003 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company
Northeast Utilities Service Company

Charles J. Nicol, Esq.
Angela L. Ruggiero, Esq.
Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270

Tel:   665-3431 / 665-3495
Fax:   665-5504

_____
Nicholas J. Harding