UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH A. SCHIAVONE CORPORATION<br>    Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:02 CV-1718 (RNC) |
| v. | : <br> : | |
| PHILIP KASDEN,<br>NORTHEAST UTILITIES SERVICE<br>    COMPANY,<br>THE CONNECTICUT LIGHT AND<br>    POWER COMPANY | : <br> : <br> : <br> : <br> : <br> : | December 30, 2003 |
|     Defendant. | : | |

THE CONNECTICUT LIGHT AND POWER COMPANY'S
OBJECTIONS AND PARTIAL RESPONSES TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND PRODUCTION REQUESTS ADDRESSED TO THE
<u>CONNECTICUT LIGHT AND POWER COMPANY</u>

Defendant, The Connecticut Light and Power ("CL&P" or "Defendant") hereby submits it objections and partial responses to Plaintiffs' First Set of Interrogatories and Production Requests Addressed to The Connecticut Light and Power Company.

<u>INTERROGATORY RESPONSES</u>

The following are Defendant's responses and objections to Plaintiffs' interrogatories.

<u>**INTERROGATORY NO. 1:**</u>

EXHIBIT 13

1

Please provide the names, employment titles, dates of employment, and, if not currently employed by CL&P, last known addresses of all employees of CL&P from 1968 through 1978 who in the regular course of their duties were involved with the purchase, use, repair, maintenance, or disposal of transformers and other PCB containing material or equipment.

> *RESPONSE*:   *OBJECTION. Defendant objects to this interrogatory on the grounds that it is overly broad as to scope, unduly burdensome, overly vague with respect to the phrase "in the regular course of their duties," and is not reasonably calculated to lead to the discovery of relevant, material, or admissible evidence.*
>
> *Notwithstanding and without waiving these objections, Defendant provides the following information:*

1. James Ingala
   538 Wood Hill Road
   Cheshire, CT 06410

   | | |
   |---|---|
   | Employment Dates: | 4/16/1973 – Present |
   | Employment Title: | Regional Supervisor – Materials Management |

2. Al Roy
   5 Tallwood Road
   Farmington, CT 06032

   | | |
   |---|---|
   | Employment Dates: | 9/23/1968 – Present |
   | Employment Title: | Manager – Customer Operations |

3. Robert Hale
   10 Maybury Road
   Suffield, CT 06078

   | | |
   |---|---|
   | Employment Dates: | 7/30/1945 – 9/30/1978 |
   | Employment Title: | Vice President – Purchasing and Materials Management |

4. Richard Baccaro
   181 Ellwood Road
   Kensington, CT 06037

      **Employment Dates:**    2/24/1970 – 2/25/2001
      **Employment Title:**    Buyer

5. **Norm Priessel**
   370 Lewis Road
   New Britain, CT 06053

   **Employment Dates:**    2/8/1960 – 1/31/1991
   **Employment Title:**    Materials Supervisor

6. **Hank Pustelnik**
   330 Four Rod Road
   Kensington, CT 06037

   **Employment Dates:**    6/21/1962 – Present
   **Employment Title:**    Chief Stockhandler

7. **Frank Petrone**
   447 Wheeler Road
   Stonington, CT 06378

   **Employment Dates:**    5/61963 – Present
   **Employment Title:**    Area Stockhandler

8. **Robert Klezun**
   49 Maxwell Drive
   Plantsville, CT 06479

   **Employment Dates:**    4/1/1969 – Present
   **Employment Title:**    Supervisor of Purchasing, Materials Management, and Inventory Control

9. **Allan Philibert**
   76 Long Meadow Drive
   Waterbury, CT 06706

   **Employment Dates:**    3/26/1967 – Present
   **Employment Title:**    Supervisor – Transmission and Distribution Maintenance

10. **Michael Kozik**
    c/o Kathy Mirandi

    103 Knob Hill Road
South Meriden, CT 06450

| | |
|---|---|
| Employment Dates: | 5/23/1949 – 2/28/1985 |
| Employment Titles: | Manager – Vehicle Maintenance Services |

11. Robert McLean
    P.O. Box 134
    Old Lyme, CT 06371

| | |
|---|---|
| Employment Dates: | 4/16/1951 – 1/31/1985 |
| Employment Title: | Supervisor – Storeroom |

12. Henry Chatain
    30 New Preston Hill Road
    New Milford, CT 06776

| | |
|---|---|
| Employment Dates: | 12/11/1949 – 7/31/1992 |
| Employment Title: | Storekeeper |

13. Joseph Manner
    124 South Road
    Marlborough, CT 06447

| | |
|---|---|
| Employment Dates: | 12/12/1966 – 7/31/1984 |
| Employment Title: | Supervisor - Storeroom |

14. Ed Mursko
    8063 SW 116 Loop
    Ocala, FL 34481

| | |
|---|---|
| Employment Dates: | 5/22/1961 – 5/31/2001 |
| Employment Title: | Supervisor - Materials Management |

15. Larry Gannon
    740 Southford Road
    Southbury, CT 06488

| | |
|---|---|
| Employment Dates: | 9/10/1980 – Present |
| Employment Title: | Materials Control Analyst A |

4

16. Kenneth Grahn
    10 High Ridge Road
    Waterford, CT 06385

    Employment Dates:   3/30/1953 – 12/3/1991
    Employment Title:   Materials Control Analyst A

17. Gregory Sauer
    126 Newfield Street
    Middletown, CT 06457

    Employment Dates:   9/28/1981 – Present
    Employment Title:   Lead Equipment Analyst

18. Frank Stevens
    1020 S. Collier Boulevard
    Marco Island, FL 32145

    Employment Dates:   6/12/1968 – 8/31/2001
    Employment Title:   Director – Environmental Services

19. William Wagner
    12521 Kelly Sands Way, A36
    Fort Meyers, FL 33908

    Employment Dates:   6/28/1948 – 2/29/1988
    Employment Title:   Manager – Distribution Engineering


**INTERROGATORY NO. 2:**

Please provide the names, employment titles, dates of employment, and, if not currently employed by CL&P, last known addresses of all employees of CL&P in managerial positions whose employment responsibilities included maintaining and monitoring environmental compliance for the years 1968 through 1978.

> *RESPONSE*: *OBJECTION.  Defendant objects to this interrogatory on the grounds that it is overly broad as to*

5

> *scope, unduly burdensome, overly vague with respect to the phrase "in managerial positions whose employment responsibilities included maintaining and monitoring environmental compliance", and is not reasonably calculated to lead to the discovery of relevant, material or admissible evidence.*
>
> **Notwithstanding and without waiving these objections, Defendant provides the following information:**
>
> **Please see response to Interrogatory No. 2 contained in** *"Northeast Utilities Service Company's Objections and Partial Responses to Plaintiff Joseph A. Schiavone Corporation's First Set of Interrogatories and First Request for Production of Documents"* **dated March 27, 2003.**

**INTERROGATORY NO. 3:**

Please describe in detail any and all document retention policies or procedures in effect for CL&P from 1968 through the present.

> <u>RESPONSE</u>: *OBJECTION. Defendant objects to this interrogatory on the grounds that it is overly broad as to scope, unduly burdensome, and seeks information which is not relevant or material Plaintiff's action and thus is not reasonably calculated to lead to the discovery of relevant, material or admissible evidence.*
>
> **Notwithstanding and without waiving these objections, Defendant provides the following information**
>
> **Please see response to Interrogatory No. 3 contained in** *"Northeast Utilities Service Company's Objections and Partial Responses to Plaintiff Joseph A. Schiavone Corporation's First Set of Interrogatories and First Request for Production of Documents"* **dated March 27, 2003.**

**INTERROGATORY NO. 4:**

Please provide the names, employment titles, dates of employment, and, if not currently employed by CL&P, last known addresses of all employees of CL&P responsible for document retention or management for the years 1968 through the present.

> **RESPONSE**: **OBJECTION. *Defendant objects to this interrogatory on the grounds that it is overly broad as to scope, overly vague with respect to the phrase "responsible for", unduly burdensome, and seeks information which is not relevant or material Plaintiff's action and thus is not reasonably calculated to lead to the discovery of relevant, material or admissible evidence.***
>
> **Notwithstanding and without waiving these objections, Defendant provides the following information:**
>
> **CL&P's document retention is managed by NUSCO. The information requested in Interrogatory No. 4 has been provided in "*Northeast Utilities Service Company's Objections and Partial Responses to Plaintiff Joseph A. Schiavone Corporation's First Set of Interrogatories and First Requests for Production of Documents*", dated March 27, 2003, and in "*Northeast Utilities Service Company's First Supplemental Responses to Plaintiff Joseph A. Schiavone Corporation's First Set of Interrogatories and First Requests for Production of Documents*", dated May 9, 2003.**

**INTERROGATORY NO. 5:**

Please describe in detail all transactions and business dealings between CL&P and Kasden & Sons.