```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

JOSEPH A. SCHIAVONE              .   Case No. 3:02-CV-01718
                                 .   (RNC)
CORPORATION, ET AL.,             .
                                 .
            Plaintiffs,          .
                                 .   Hartford, Connecticut
    v.                           .   June 6, 2003
                                 .
PHILIP KASDEN, ET AL.,           .
                                 .
            Defendants.          .
 . . . . . . . . . . . . . . .

       ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR ORDER
         BEFORE THE HONORABLE DONNA F. MARTINEZ
             UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:           Kosloff & Harding
                             By: NICHOLAS HARDING, ESQ.
                             28 North Main Street
                             West Hartford, CT 06107

For Defendant Northeast      Northeast Utilities
Utility Service Company:     By:  CHARLES NICOL, ESQ.
                                  ANGELA RUGGIERO, ESQ.
                             107 Selden Street
                             Berlin, CT 06037

Official Court Reporter:     MR. STEPHEN C. BOWLES
```

---

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083



EXHIBIT H

1  limit the request to management, and the argument is
2  that the phrase, "Touched upon or concerned," is overly
3  broad, as I understand the argument.
4          MR. NICOL: Overly broad, overly vague here.
5  Yes, Your Honor.
6          THE COURT: Yes. It's --
7          MR. HARDING: Your Honor, --
8          THE COURT: How would you otherwise define
9  it, Mr. Harding?
10         MR. HARDING: "Touched or concerned or
11 involved."
12         THE COURT: So, you're looking for employees
13 who --
14         MR. HARDING: I'm looking --
15         THE COURT: -- who, in the regular course of
16 their duties, were involved with the purchase, use,
17 repair, et cetera?
18         MR. HARDING: Yes.
19         THE COURT: All right.
20         MR. HARDING: I think they'd be excellent
21 fact witnesses.
22      (Pause.)
23         THE COURT: All right.
24         Anything else we should do in this case
25 today?