UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 23 P 1:38

JOSEPH A. SCHIAVONE CORP., ET AL.,

    Plaintiffs,

v.

PHILIP KASDEN,

    Defendants.

CASE NO. 3:02CV1718(RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Plaintiffs' Motion for Order Compelling Discovery from Connecticut Light & Power Company [doc. 67]

So ordered.

Dated at Hartford, Connecticut this 13th day of February 2004.

Robert N. Chatigny
United States District Judge