UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH A. SCHIAVONE CORPORATION, MICHAEL SCHIAVONE<br>     Plaintiffs, | : : : : : | CIVIL ACTION NO.<br>3:02 CV-1718 (RNC) |
| v. | : : | |
| PHILIP KASDEN, NORTHEAST UTILITIES SERVICE COMPANY, THE CONNECTICUT LIGHT AND POWER COMPANY<br>     Defendants, | : : : : : : : | March 5, 2004 |

FILED 2004 MAR -5 P 2:29 U.S. DISTRICT COURT HARTFORD, CT.

AFFIDAVIT OF CHARLES J. NICOL IN SUPPORT OF
THE CONNECTICUT LIGHT AND POWER COMPANY'S OBJECTION TO
PLAINTIFFS' MOTION FOR ORDER COMPELLING DISCOVERY FROM CL&P

Personally appeared Charles J. Nicol, who, being duly sworn, hereby deposes and says:

1. I am over eighteen (18) years of age and believe in the meaning and the obligation of an oath.

2. The Statements contained in this Affidavit are based upon my own personal knowledge.

3. I am a member of the bar and admitted to practice law in the State of Connecticut and before this Court.

4. I represent The Connecticut Light and Power Company ("CL&P") in the above-captioned matter.

1

5. This Affidavit is in support of *The Connecticut Light and Power Company's Objection to Plaintiffs' Motion for Order Compelling Discovery from CL&P*, dated March 5, 2004.

6. *Plaintiffs' First Set of Interrogatories and Production Requests Addressed to Connecticut Light & Power Company* ("Discovery Requests") is dated December 2, 2003, and consists of 7 interrogatories and 5 document production requests.

7. CL&P responded to Plaintiffs' First of Interrogatories on December 30, 2003.

8. CL&P's response contained objections to each of the interrogatories and 4 of the 5 requests for production; notwithstanding its objections, CL&P provided partial answers to those portions of the interrogatories and requests that it found unobjectionable.

9. I had a conference call with Counsel for Plaintiffs, Nicholas J. Harding, on January 23, 2004. Also participating in said conference call was Angela L. Ruggiero, also Counsel for CL&P, and Mary McQueeney, Counsel for Plaintiffs. During said conference call, we explained further the basis for each of CL&P's objections, providing further specific information as to why Plaintiffs' Discovery Requests were overly broad, unduly burdensome, overly vague, and sought irrelevant information. We offered to withdraw CL&P's objections and respond accordingly if Plaintiffs would limit their Discovery Requests appropriately.

10. CL&P agreed to withdraw its objections to Interrogatory No. 2, Interrogatory No. 7, and Request for Production No. 3.

11. CL&P also agreed to provide revised responses, substituting language suggested by Plaintiffs' Counsel. CL&P also agreed to provide further responses to certain of the Discovery Requests.

12. CL&P agreed to provide revised responses by January 30, 2004 and did, in fact, provide the record responses by that date.

Dated at Berlin, Connecticut this 5th day of March, 2004.

Charles J. Nicol

Subscribed and sworn to before me on this 5th day of March, 2004.

Angela L. Ruggiero
Commissioner of the Superior Court

3