# KOSLOFF & HARDING
### Attorneys at Law
28 North Main Street
West Hartford, Connecticut 06107
Telephone: (860) 521-7004
Fax: (860) 521-3352

FILED
2004 MAR 18 P 4:59

Alan M. Kosloff     akosloff@kosloffandharding.com
Nicholas J. Harding     nharding@kosloffandharding.com
Mary McQueeney     mmcqueeney@kosloffandharding.com

March 9, 2004

The Honorable Donna F. Martinez
US District Court
450 Main Street
Hartford, Connecticut 06103

RE: *Joseph A. Schiavone Corporation et al v Kasden et al*
3:02CV1718 (RNC)

Parties' Fourth Joint Status Report

Dear Judge Martinez:

In accordance with the Court's *Amended Order Regarding Case Management Plan*, of June 18, 2003, (the "CMO") the parties report as follows:

This status report was prepared by Nicholas J. Harding, counsel to the Schiavone plaintiffs and reviewed by Charles J. Nicol, Esq., counsel to Northeast Utilities Service Company ("NUSCO") and counsel to Connecticut Light & Power Company ("CL&P"). Counsel for Philip Kasden was not asked for comments, since the Court approved the *Withdrawal of Claims as to the Defendant Philip Kasden* on July 17, 2003.

This is the fourth report submitted in accordance with the CMO; it may be premature to report on many of the items required for this status report as provided in FRCP Rule 16(c). However, all of them are reported below. Discovery is progressing; parties have served and responded to written discovery. The Schiavone plaintiffs have taken the depositions of Philip Kasden, Charles Sterling (the former President of H. Kasden & Sons, Inc.) and taken the Rule 30(b)(6) deposition of NUSCO. Now that CL&P's status as a party has been resolved, discovery of CL&P has commenced.

NUSCO has scheduled the deposition of Michael C. Schiavone for March 17, 2004.

The Schiavone plaintiffs continue to supplement discovery as costs of the remedy are incurred and as correspondence with the EPA progresses.

NUSCO has supplemented its discovery, in part, in accordance with this Court's *Ruling on Plaintiffs' Motion to Compel Discovery* of June 11, 2003 (*see* discussion in items 6 and 11, below,

The Honorable Donna F. Martinez
March 9, 2004
Page 2

on discovery and pending motions that affect scheduling).

CL&P provided responses and objections to Interrogatories and Requests for Production made by the Schiavone plaintiffs to CL&P (see discussion in items 6 and 11 below).

Items required by Rule 16(c):

(1) **Formulation and simplification of the issues:** The parties agree that it is too early to complete this task.

(2) **Necessity of amendments to the pleadings:** None anticipated.

(3) **Possibility of admissions of facts, stipulations regarding authenticity of documents and advance rulings on admissibility of evidence:** The parties agree that it is too early to complete this task.

(4) **Avoidance of unnecessary proof and cumulative evidence, and limitations on the use of Rule 702:** The parties agree that it is too early to complete this task.

(5) **Appropriateness and timing of summary adjudication under Rule 56:** The parties agree that it is too early to complete this task.

(6) **Control and scheduling of discovery, including orders affecting disclosure and discovery pursuant to Rule 26 and Rules 29 through 37**: The Court provided its *Ruling on Plaintiffs' Motion to Compel Discovery* on June 11, 2003 ("Ruling"); NUSCO filed an objection to the Ruling. NUSCO's *Objection to Magistrate Judge Martinez's Ruling on Plaintiff's Motion to Compel Discovery* ("NUSCO's Objection") is dated June 23, 2003. NUSCO's Objection seeks to overturn that portion of the Ruling granting, with modification, plaintiffs' Interrogatory #1. (Ruling, p. 2, ¶ 1.). In support of the Ruling, the plaintiffs filed *Plaintiffs' Response To: Northeast Utilities Service Company's Objection to Magistrate Judge Martinez's Ruling on Plaintiff's Motion to Compel Discovery* dated July 7, 2003 (the "Response to NUSCO"). The Response to NUSCO refers the Court to both the *Memorandum of Law in Support of Plaintiffs' Motion for Order Compelling Discovery from Northeast Utilities Service Company* (dated April 25, 2003) and *Plaintiffs' Reply To Northeast Utilities Service Company's Objection to Plaintiffs' Motion for Order Compelling Discovery from Northeast Utilities Service Company* (dated May 29, 2003).

A ruling on *NUSCO's Objection to Magistrate Judge Martinez's Ruling* will facilitate completion of discovery.

The Honorable Donna F. Martinez
March 9, 2004
Page 3

CL&P objected in part to *Plaintiffs' First Set of Interrogatories and Production Requests Addressed to Connecticut Light and Power Company*, dated December 2, 2003, by *The Connecticut Light and Power Company's Objection and Partial Responses to Plaintiffs' First Set of Interrogatories and Production Requests Addressed to the Connecticut Light and Power Company*, dated December 30, 2003. Thereafter, by *The Connecticut Light and Power Company's First Revised Objections and Responses to Plaintiffs' First Set of Interrogatories and Production Requests Addressed to the Connecticut Light and Power Company*, dated January 30, 2004, CL&P provided revised responses and objections.

By *Plaintiffs' Motion for Order Compelling Discovery from Connecticut Light and Power Company*, dated February 12, 2004, the Schiavone plaintiffs seek to compel responses from CL&P. CL&P filed its *Objection to Plaintiffs' Motion For Order Compelling Discovery From CL&P* dated March 5, 2004. The matter is scheduled to be heard by Magistrate Judge Martinez on April 15, 2004.

(7) **Identification of witnesses and documents, schedule for filing and exchanging pretrial briefs, the dates for further conferences and for trial:** The parties agree that it is too early to complete this task.

(8) **Advisability of referring matters to a magistrate judge or master:** By *Order to Submit Joint Mediation Report*, dated August 11, 2003, this matter has been referred to Magistrate Judge Martinez for mediation. The parties submitted a *Joint Mediation Report* dated August 21, 2003, to Magistrate Judge Martinez.

(9) **Settlement and use of special procedures:** The parties agree that it is too early to complete this task.

(10) **The form and substance of the pretrial order:** The parties agree that it is too early to complete this task.

(11) **Disposition of pending motions:** Please *see* item 6, above.

(12) **The need for special procedures for managing unique problems,** *etc.***:** The parties agree that it is too early to complete this task.

(13) **An order for separate trial pursuant to Rule 42(b):** Does not appear to be useful.

(14) **An order directing early presentation of evidence that could be a basis for a judgment as**

The Honorable Donna F. Martinez
March 9, 2004
Page 4

**a matter of law under Rule 50(a) or partial findings under Rule 52(c):** The parties agree that it is too early to complete this task.

(15) **An order limiting the time allowed for presenting evidence:** The parties agree that it is too early to complete this task.

(16) **Such other matters as may facilitate the just, speedy and inexpensive disposition of the action:** The parties agree that it is too early to complete this task.

    Pursuant to the CMO, the next Joint Status Report is due June 15, 2004.

                       Sincerely,

                       Nicholas J. Harding

cc:

Certificate of Service, attached.

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on March 9, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company

    Charles J. Nicol, Esq.
    Angela L. Ruggiero, Esq.
    Northeast Utilities Service Company
    P.O. Box 270
    Hartford, CT 06141-0270

    Tel:    665-3431 / 665-3495
    Fax:   665-5504

Northeast Utilities Service Company

    Charles J. Nicol, Esq.
    Angela L. Ruggiero, Esq.
    Duncan Ross MacKay, Esq.
    Northeast Utilities Service Company
    P.O. Box 270
    Hartford, CT 06141-0270

    Tel:    665-3431 / 665-3495
    Fax:   665-5504

_____
Nicholas J. Harding

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\joint status report.4.wpd
2057-11.04