Civil (April 12, 2004)

HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**   RPTR/(ERO)/TAPE **S. Bowles**

TOTAL TIME: ___ hours **45** minutes

DATE **5/3/04**   START TIME **2:52 p.m.**   END TIME **3:37 pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Schiavone**   CIVIL NO. **3:02CV1718(RNC)**   **Nicholas Harding**
§                                              Plaintiffs Counsel
vs.              §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                 §   **Charles Nicol**
**Kasden**       §                              Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☑ #**67**   Motion **for order** _____   ☐ granted ☐ denied ☑ advisement
☐ #___      Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___      Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___      Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___      Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___      Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___      Motion _____ ☐ granted ☐ denied ☐ advisement
☐           Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐           Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐           Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐           Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (×10)

☐ Hearing continued until _____ at _____