UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

JOSEPH A. SCHIAVONE CORP., ET AL.,:

    Plaintiffs,           :

    v.                   :

PHILIP KASDEN, ET AL.,    :

    Defendants.         :

2004 MAY -6  P 4: 25

U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO.  3:02CV1718(RNC)

## RULING ON PLAINTIFFS' MOTION TO COMPEL

Pending before the court is the plaintiffs' motion to compel defendant Connecticut Light & Power ("CL&P") to respond to the plaintiffs' discovery requests. (Doc. #67.) The motion is GRANTED in part and DENIED in part as set forth below:

1.   Interrogatory 1 and requests for production 2 and 4 are WITHDRAWN without prejudice to give counsel an opportunity to work out a stipulation.

2.   Interrogatory 4 is WITHDRAWN without prejudice to the plaintiffs' reformulating the request.

3.   Interrogatory 5 and request for production 1 are DENIED. Responsive documents are sufficient responses. No written narrative describing the documents produced in response is necessary.

4.   Interrogatory 6 is GRANTED as modified to omit the requirement of describing "in detail."

5.   Request for production 5 is GRANTED.

SO ORDERED at Hartford, Connecticut this 6 day of May, 2004.

Donna F. Martinez
United States Magistrate Judge