## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation | : | Civil Action |
| Michael Schiavone, | : | No. 302 CV-1718 (RNC) |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| Philip Kasden | : | |
| Northeast Utilities Service Company, | : | |
| Connecticut Light and Power Company | : | |
| | : | |
| | : | |
| Defendants | : | May 20, 2004 |
| | : | |

### Motion For Extension Of Time In Which To File:
### Stipulation Of Fact In Resolution of Discovery Dispute

Oral argument on plaintiff's *Motion For Order Compelling Discovery* from the defendant CL&P was held before the Honorable Donna F. Martinez on May 3, 2003. In the course of oral argument it was agreed that Interrogatory #1 and Production Requests #2 and #4 are withdrawn without prejudice to allow counsel to discuss a stipulation of fact that would resolve the dispute over those requests. A deadline of May 21, 2004 was set for submission of the stipulation. Due mainly to a trial schedule in another matter (which has run on longer than anticipated), counsel were not able to discuss and agree on a stipulation.

Therefore, counsel for the plaintiffs, with the agreement of defendants' counsel, respectfully

requests an additional two weeks, up to and including June 3rd, 2004, in which to file the stipulation.

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

2

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on May 2̶4̶, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company
Northeast Utilities Service Company

Charles J. Nicol, Esq.
Angela L. Ruggiero, Esq.
Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270

Tel:    665-3431 / 665-3495
Fax:    665-5504


Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103