76

FILED

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | |
| v. | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | |
| Defendants | May 20, 2004 |

**Motion For Extension Of Time In Which To File:**
**Stipulation Of Fact In Resolution of Discovery Dispute**

Oral argument on plaintiff's *Motion For Order Compelling Discovery* from the defendant

CL&P was held before the Honorable Donna F. Martinez on May 3, 2003.  In the course of oral

argument it was agreed that Interrogatory #1 and Production Requests #2 and #4 are withdrawn

without prejudice to allow counsel to discuss a stipulation of fact that would resolve the dispute over

those requests.  A deadline of May 21, 2004 was set for submission of the stipulation.  Due mainly

to a trial schedule in another matter (which has run on longer than anticipated), counsel were not able

to discuss and agree on a stipulation.

Therefore, counsel for the plaintiffs, with the agreement of defendants' counsel, respectfully

GRANTED. So ordered. 5/24/04

FILED
2004 MAY 25 A 11: 10
U.S. DISTRICT COURT
HARTFORD, CT