FILED

2004 JUN -8  A 10: 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      U.S. DISTRICT COURT
                              HARTFORD, CT.

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden<br>Northeast Utilities Service Company,<br>Connecticut Light and Power Company | : | |
| Defendants | : | June _1_, 2004 |

## Stipulation Regarding
## Document Production, Interrogatory Responses and Certain Evidence

At oral argument on May 3, 2004, before US Magistrate Judge Donna F. Martinez, counsel for Plaintiffs Joseph A. Schiavone Corporation and Michael Schiavone, and counsel for Defendants Northeast Utilities Service Company ("NUSCO") and Connecticut Light and Power (CL&P) discussed arriving at a stipulation concerning Document Production, Interrogatory Responses and Certain Evidence, in order to resolve outstanding discovery disputes between Plaintiffs and CL&P and NUSCO's appeal of the Magistrate Judge's *Ruling on Plaintiffs' Motion to Compel*, dated June 11, 2003.

The parties stipulate as follows:

1. The following will be irrelevant and will not be admissible in evidence or relied upon by any expert or any other witness for any purpose:

> For transformers or other equipment *not* shipped to H. Kasden & Sons, Inc. in North Haven, Connecticut, before 1981, (i) test results in CL&P or NUSCO's possession indicating PCB concentrations, and (ii) service records or other documentation in CL&P or NUSCO's possession indicating the PCB concentrations of all fluids used in servicing such transformers or other equipment since the date of first manufacture.

2. NUSCO and CL&P have produced or made available, or will produce if not already produced or made available, and if produced or made available will be admissible as evidence and may be relied upon by experts, or any other witness for any purpose otherwise allowed by the Federal Rules of Evidence:

> For transformers or other equipment shipped to H. Kasden & Sons, Inc. in North Haven, Connecticut, before 1981, (i) test results indicating PCB concentrations, and (ii) service records or other documentation indicating the PCB concentrations of all fluids used in servicing transformers or other equipment since the date of first manufacture; and

> Any and all documents containing information about any transformers CL&P and NUSCO purchased, used, maintained, serviced, disposed of or arranged for the disposal of at the Kasden site from 1968 to 1981, including any documents concerning the manufacture, date of manufacture, type of dielectric fluid, tests performed and the service or maintenance of said transformers.

3. NUSCO hereby withdraws its appeal of the Magistrate Judge's Ruling on Plaintiffs' Motion to Compel, dated June 11, 2003. Plaintiffs hereby withdraw their Motions to Compel as it relates

2

to Interrogatory No 1 in both their March 7, 2003 and December 2, 2003 Discovery requests.

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

*[signature]*

Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

Connecticut Light and Power Company, and
Northeast Utilities Service Company
Defendants

*[signature]*

Charles J. Nicol, Esq.
Federal Bar No.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270
Tel:    665-3431 / 665-3495
Fax:    665-5504

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on June 7, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company
Northeast Utilities Service Company

Charles J. Nicol, Esq.
Angela L. Ruggiero, Esq.
Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270

Tel:  665-3431 / 665-3495
Fax:  665-5504

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103