39

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 JUN 23 P 2: 32

US DISTRICT COURT
HARTFORD CT

JOSEPH A. SCHIAVONE CORPORATION :
MICHAEL C. SCHIAVONE
          Plaintiffs,      :   CIVIL ACTION NO.:
                                  :   302 CV-1718 (RNC)
v.                                 :

PHILIP KASDEN
NORTHEAST UTILITIES SERVICE
    COMPANY,
          Defendants.      :   June 23, 2003

[handwritten margin note: WITHDRAWN by the moving party 6/14/04. SO ORDERED. 6/14/04]

## OBJECTION TO MAGISTRATE JUDGE MARTINEZ'S RULING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to 28 U.S.C. § 636 (2003) and Rule 72(a) of the Federal Rules of Civil Procedure, Defendant Northeast Utilities Service Company ("NUSCO") hereby objects to one portion of Magistrate Judge Martinez's ruling on Plaintiffs' Joseph A. Schiavone Corporation and Michael C. Schiavone ("Plaintiffs") Motion to Compel Discovery for the reasons more fully set forth below.

### FACTS

In this action, Plaintiffs allege that during the 1960s and 1970s, Defendants engaged in activities that led to the contamination of land located at Lots 2 and 2A, 175 Universal Drive, North Haven, Connecticut. More specifically, Plaintiffs allege that NUSCO arranged for the disposal or treatment of hazardous substances, including PCBs, with H. Kasden & Sons, Inc. ("Kasden"), which then disposed of the hazardous substances on its land, Lot 2. Plaintiffs maintain that transformers and other material that contained PCBs leaked hazardous substances onto the land located at Lot 2 and Lot 2A, 175 Universal Drive, thereby contaminating it before Plaintiffs purchased that land on or around December 31, 1984. Plaintiffs are seeking damages

ORAL ARGUMENT REQUESTED                                                              1