02cv1718stip

FILED

2004 JUN -8 A 10: 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

Joseph A. Schiavone Corporation          :    Civil Action
Michael Schiavone,                       :    No. 302 CV-1718 (RNC)
                                         :
          Plaintiffs                     :
                                         :
     v.                                  :
                                         :
Philip Kasden                            :
Northeast Utilities Service Company,     :
Connecticut Light and Power Company      :
                                         :
                                         :
          Defendants                     :    June __, 2004
                                         :

## Stipulation Regarding
## Document Production, Interrogatory Responses and Certain Evidence

At oral argument on May 3, 2004, before US Magistrate Judge Donna F. Martinez, counsel

for Plaintiffs Joseph A. Schiavone Corporation and Michael Schiavone, and counsel for Defendants

Northeast Utilities Service Company ("NUSCO") and Connecticut Light and Power (CL&P)

discussed arriving at a stipulation concerning Document Production, Interrogatory Responses and

Certain Evidence, in order to resolve outstanding discovery disputes between Plaintiffs and CL&P

and NUSCO's appeal of the Magistrate Judge's *Ruling on Plaintiffs' Motion to Compel*, dated June

__, 2003,

SO ORDERED 6/14/04.

FILED

2004 JUN 15 P 12:56
U.S. DISTRICT COURT
HARTFORD, CT.