UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH A. SCHIAVONE | : | CIVIL ACTION NO. |
| CORPORATION, | : | 3:02 CV-1718 (RNC) |
| MICHAEL SCHIAVONE | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILIP KASDEN, | : | |
| NORTHEAST UTILITIES SERVICE | : | |
| COMPANY, | : | |
| THE CONNECTICUT LIGHT AND | : | |
| POWER COMPANY | : | |
| Defendants, | : | JUNE 21, 2004 |

## THE PARTIES' JOINT MOTION TO MODIFY
## THE ORDER ON PRETRIAL DEADLINES

The Plaintiffs, Joseph A. Schiavone Corporation and Michael Schiavone (collectively, "Schiavone"), and the Defendants, Northeast Utilities Service Company and Connecticut Light & Power Company ("Defendants") jointly request an extension and revision of the pretrial deadlines. The pretrial deadlines currently in effect are set forth in Plaintiffs' Motion to Modify the Order on Pretrial Deadlines, dated January 29, 2004 and so ordered by Magistrate Judge Martinez on February 12, 2004. As set forth in more detail in the table below, the parties request 30-60 day extensions of all the remaining pretrial deadlines plus provisions for designation and deposition of rebuttal/reply experts. This request is necessitated by the

1

complexity of ongoing discovery issues as well as the continued negotiations with US EPA and CT DEP on remediation measures.

Schiavone's environmental engineer continues to negotiate with Region I of the US EPA and the CT DEP as to the proper remedy to be installed on Lot 2 and 2A in North Haven, Connecticut. Schiavone has diligently pursued these negotiations but cannot control the time frame for responses and decisions by these agencies. Schiavone has disclosed and provided lengthy and detailed expert reports of two environmental experts.

Counsel for the parties are in agreement to extend the pretrial schedule. This is the fourth request to extend the pretrial deadlines in this case.

The following proposed deadlines provide for an extension of each of the remaining deadlines:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Completion of All Discovery | August 26, 2004 | April 26, 2005 |
| Depositions of Plaintiffs' Experts | June 28, 2004 | July 28, 2004 |
| Defendants' Expert Disclosure and Reports | July 28, 2004 | August 27, 2004 |
| Depositions of Defendants' Experts | August 26, 2004 | October 26, 2004 |
| Plaintiffs' Reply Expert Disclosure and Reports | n/a | November 30, 2004 |
| Depositions of Plaintiffs' Reply Experts | n/a | January 26, 2005 |
| Defendants' Reply Expert Disclosure and Reports | n/a | February 25, 2005 |
| Deposition of Defendants' Reply Experts | n/a | April 26, 2005 |

| | | |
|---|---|---|
| Joint Trial Memorandum | November 30, 2004 | May 27, 2005 |
| Trial Ready List | December 2004 | June 2005 |
| Request for Pre-filing Conference re: Summary Judgment Motion | July 14, 2004 | September 14, 2004 |

The Parties request that the Court enter a new Order modifying the pre-trial deadlines in accordance with the proposal above.

PLAINTIFFS,
JOSEPH A. SCHIAVONE CORPORATION,
AND MICHAEL SCHIAVONE

_____

Nicholas J. Harding
Federal Bar No. ct 06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel:  (860) 521-7004
Fax:  (860) 521-3352

DEFENDANTS,
THE CONNECTICUT LIGHT AND POWER
COMPANY AND NORTHEAST UTILITIES
SERVICE COMPANY


_____/s/_____
Charles J. Nicol
Senior Counsel
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT  06141-0270
(860) 665- 3431
Federal Bar No. (ct 09073)

Their Attorney

## **ORDER**

The foregoing motion having come before the Court, it is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

_____
Judge/Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid on this 21st day of June, 2004, to:

Nicholas J. Harding, Esquire
Kosloff & Harding
28 North Main Street
West Hartford, CT 06107

Irving H. Perlmutter, Esquire
Ullman, Perlmutter & Sklaver
47 Trumbull Street
P.O. Box 514
New Haven, CT 06510

Duncan R. MacKay          (hand-delivered)
Associate General Counsel
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270


_____/s/_____
Charles J. Nicol