UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH A. SCHIAVONE CORP., ET AL.;
                                        :
    Plaintiffs,                       :
                                        :
    v.                                : CASE NO. 3:02CV1718(RNC)
                                        :
PHILIP KASDEN,                          :
                                        :
    Defendants.                       :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez
for the following:

\_\_\_   To confer with the parties and enter the scheduling order
      required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_   To supervise discovery and resolve discovery disputes
      (orefmisc./dscv);

\_\_\_   A ruling on all pretrial motions except dispositive motions, as
      permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_   To conduct settlement conferences (orefmisc./cnf);

\_\_\_   To conduct a prefiling conference (orefmisc./cnf);

\_\_\_   To assist the parties in preparing a joint trial memorandum
      (orefmisc./misc);

\_X\_   A ruling on the following pending motion (orefm.):
      The Parties' Joint Motion to Modify the Order on Pretrial
      Deadlines [doc. 81]
      _____
      _____

      So ordered.

      Dated at Hartford, Connecticut this      day of June 2004.


                              /s/RNC
                         Robert N. Chatigny
                      United States District Judge