UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH A. SCHIAVONE CORPORATION, MICHAEL SCHIAVONE<br>    Plaintiffs, | CIVIL ACTION NO.<br>3:02 CV-1718 (RNC) |
| v. | |
| PHILIP KASDEN, NORTHEAST UTILITIES SERVICE COMPANY, THE CONNECTICUT LIGHT AND POWER COMPANY<br>    Defendants, | OCTOBER 15, 2004 |

**THE PARTIES' JOINT MOTION TO MODIFY
THE ORDER ON PRETRIAL DEADLINES**

The Plaintiffs, Joseph A. Schiavone Corporation and Michael Schiavone (collectively, "Schiavone"), and the Defendants, Northeast Utilities Service Company and The Connecticut Light and Power Company ("Defendants") jointly request an extension and revision of the pretrial deadlines. The pretrial deadlines currently in effect are set forth in the Superseding Scheduling Order Regarding Case Management Plan as ordered by Magistrate Judge Martinez on September 2, 2004. As set forth in more detail in the table below, the parties request a one week extension of all the remaining pretrial deadlines. This request is necessitated by the rescheduling of the deposition of Defendant's Expert, Ms. Muriel Robinette, currently

1

scheduled for October 19, 2004, due to Ms. Robinette's expected trial testimony at an unrelated Federal Court action in New Hampshire on October 19, 2004. In addition, Plaintiff's counsel is scheduled to be out of the country from October 21, 2004 to October 31, 2004. The deposition is being rescheduled for November 2, 2004.

Counsel for the parties are in agreement to extend the pretrial schedule. This is the fifth request to extend the pretrial deadlines in this case.

The following proposed deadlines provide for an extension of each of the remaining deadlines:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Completion of All Discovery | April 26, 2004 | May 3, 2005 |
| Depositions of Defendants' Experts | October 26, 2004 | November 2, 2004 |
| Plaintiffs' Reply Expert Disclosure and Reports | November 30, 2004 | December 7, 2004 |
| Depositions of Plaintiffs' Reply Experts | January 26, 2005 | February 2, 2005 |
| Defendants' Reply Expert Disclosure and Reports | February 25, 2005 | March 4, 2005 |
| Deposition of Defendants' Reply Experts | April 26, 2005 | May 3, 2005 |
| Joint Trial Memorandum | May 27, 2005 | June 3, 2005 |
| Trial Ready List | June 2005 | June 2005 |

The Parties request that the Court enter a new Order modifying the pre-trial deadlines in accordance with the proposal above.

                                        PLAINTIFFS,
                                        JOSEPH A. SCHIAVONE CORPORATION,
                                        AND MICHAEL SCHIAVONE

                                        /s/
                                        Nicholas J. Harding
                                        Federal Bar No. ct 06387
                                        Kosloff & Harding
                                        Their Attorneys
                                        28 North Main Street
                                        West Hartford, CT 06107
                                        Tel: (860) 521-7004
                                        Fax: (860) 521-3352

                                        DEFENDANTS,
                                        THE CONNECTICUT LIGHT AND POWER
                                        COMPANY AND NORTHEAST UTILITIES
                                        SERVICE COMPANY


                                        /s/
                                        Charles J. Nicol
                                        Senior Counsel
                                        Northeast Utilities Service Company
                                        P.O. Box 270
                                        Hartford, CT 06141-0270
                                        Tel: (860) 665- 3431
                                        Fax: (860) 665-5504
                                        Federal Bar No. (ct 09073)
                                        Their Attorney

## **ORDER**

The foregoing motion having come before the Court, it is hereby ORDERED:

GRANTED/DENIED

                                                BY THE COURT

                                                _____

                                                Judge/Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid on this 15th day of October, 2004, to:

Nicholas J. Harding, Esquire
Kosloff & Harding
28 North Main Street
West Hartford, CT 06107

Irving H. Perlmutter, Esquire
Ullman, Perlmutter & Sklaver
47 Trumbull Street
P.O. Box 514
New Haven, CT 06510

Duncan R. MacKay        (hand-delivered)
Associate General Counsel
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT  06141-0270

_____/s/_____
Charles J. Nicol