UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH A. SCHIAVONE CORPORATION, | : | CIVIL ACTION NO. |
| MICHAEL SCHIAVONE | : | 3:02 CV-1718 (RNC) |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILIP KASDEN, | : | |
| NORTHEAST UTILITIES SERVICE | : | |
|    COMPANY, | : | |
| THE CONNECTICUT LIGHT AND | : | |
|    POWER COMPANY | : | |
|    Defendants, | : | NOVEMBER 1, 2004 |

**<u>DEFENDANTS NUSCO AND CL&P'S MOTION TO CONTINUE SCHEDULING ORDER</u>**

      Defendants Northeast Utilities Service Company ("NUSCO") and The Connecticut Light and Power Company ("CL&P"), by its undersigned counsel, respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, to continue the scheduling order, dated September 2, 2004, and all deadlines therein for a period of three months.

      Defendants NUSCO and CL&P represent that Attorney Charles Nicol, who is the lead lawyer in this case, underwent emergency heart bypass surgery today, November

1

1, 2004, and will be unavailable for an as yet undetermined amount of time; however, Defendants are limiting their request to a three month extension and will update the court as soon as additional information becomes available.

Wherefore, Defendant NUSCO respectfully requests that the Court grant the continuance of the scheduling order for a period of three months.

                RESPECTFULLY SUBMITTED,
                DEFENDANTS NORTHEAST UTILITIES
                SERVICE COMPANY AND THE
                CONNECTICUT LIGHT AND POWER
                COMPANY

BY:   ___/s/_____
       Angela L. Ruggiero
       Northeast Utilities Service Company
       P.O. Box 270
       Hartford, CT  06141-0270
       (860) 665-3667
       Federal Bar No. (ct24792)

       Its Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed certified mail, return receipt requested, to

Nicholas J. Harding
Kosloff & Harding
28 North Main Street
West Hartford, CT 06107

Tel:   (860) 521-7004
Fax:   (860) 521-3352

I further certify that a copy of the foregoing was mailed certified mail, return receipt requested, to

Irving H. Perlmutter
Ulman, Perlmutter & Sklaver
47 Trumbull Street
P.O. Box 514
New Haven, CT 06503-0514

Tel:   (203) 772-2180
Fax:   (203) 772-4631

_____/s/_____
Angela L. Ruggiero