UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | |
| v. | |
| Philip Kasdcn,<br>Northeast Utilities Service Company, and<br>Connecticut Light and Power Company, | |
| Defendants | November 3, 2004 |

# Plaintiffs' Objection and Counter Proposal
# to
# NUSCO and CL&P's Motion to Continue Scheduling Order

Plaintiffs Michael Schiavone and the Joseph A. Schiavone Corporation respectfully object to the *Defendants NUSCO and CL&P's Motion to Continue Scheduling Order* dated November 1, 2004, (the "Motion to Continue") to the extent that it seeks a continuance of all deadlines in this matter for a period of *three months* from the deadlines established in the Scheduling Order of September 2, 2004.[1]

Plaintiffs wish a speedy recovery to Charles Nicol, Esq. who underwent emergency heart bypass surgery on November 1, 2004. However, plaintiffs do not believe that this matter should be

---

[1] By motion dated October 15, 2004 the parties filed *The Parties' Joint Motion to Modify the Order on Pretrial Deadlines* in which the parties sought to extend the pretrial deadlines for a period of seven days from the deadlines established in the Order of September 2, 2004.

stayed or delayed until Mr. Nicol has recovered, since it is difficult to know when he will be able to return to full active-duty in any capacity as attorney defending this matter. We recall that when our partner had a similar operation he returned to duty in three months, but was not at full capacity for a period of time thereafter.

Plaintiffs should not have this case delayed any longer than is necessary for other appearing counsel for NUSCO and CL&P to come up to speed in representing the interests of NUSCO and CL&P.

Plaintiffs have already re-noticed the deposition of Ms. Muriel Robinette for November 17, 2004 and, in advance of the scheduling conference call on November 16, 2004, propose the following new deadlines:

| Deadline | Date Proposed on October 15, 2004 | New Proposed Date |
|---|---|---|
| Completion of All Discovery | May 3, 2005 | June 3, 2005 |
| Depositions of Defendants' Experts | November 2, 2004 | November 17, 2004 |
| Plaintiffs' Rebuttal Expert Disclosure and Reports | November 30, 2004 | December 17, 2004 |
| Depositions of Plaintiffs' Rebuttal Experts | January 26, 2005 | February 25, 2005 |
| Defendants' Rebuttal Expert Disclosure and Reports | February 25, 2005 | March 28, 2005 |
| Deposition of Defendants' Rebuttal Experts | April 26, 2005 | May 27, 2005 |
| Joint Trial Memorandum | May 27, 2005 | June 20, 2005 |
| Trial ready list | June 2005 | August 2005 |
|  |  |  |
| Mediation Session | November 3, 2004 | December 21, 2004 |

If one includes the Motion to Continue, this is the seventh request to extend the pretrial deadlines in this case. This schedule has not been discussed with counsel for NUSCO and CL&P.

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

_____
Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on November 3, 2004 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| Connecticut Light and Power Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:  665-5504 |
| Northeast Utilities Service Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Duncan Ross MacKay, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:  665-5504 |

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\Objection to Motion to Continue.wpd