UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone,<br><br>      Plaintiffs<br><br>v.<br><br>Philip Kasden,<br>Northeast Utilities Service Company, and<br>Connecticut Light and Power Company,<br><br>      Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action<br>No. 302 CV-1718 (RNC)<br><br><br><br><br><br><br><br><br><br>November 17, 2004 |

## Motion For Modification of Pre-trial Deadlines

Pursuant to the November 16, 2004 telephonic scheduling conference, the Schiavone plaintiffs propose the pre-trial deadlines set forth below. Plaintiffs have already re-noticed the deposition of Ms. Muriel Robinette for December 22, 2004, as discussed.

| Deadline | Date Proposed on October 15, 2004 | New Proposed Date |
|---|---|---|
| Completion of All Discovery | May 3, 2005 | July 8, 2005 |
| Plaintiffs' Summary Judgment Motion | N/A | December 13, 2004 |
| Depositions of Defendants' Experts | November 2, 2004 | December 22, 2004 |
| Plaintiffs' Rebuttal Expert Disclosure and Reports | November 30, 2004 | January 21, 2005 |
| Depositions of Plaintiffs' Rebuttal Experts | January 26, 2005 | April 1, 2005 |
| Defendants' Rebuttal Expert Disclosure and Reports | February 25, 2005 | May 2, 2005 |
| Deposition of Defendants' Rebuttal Experts | April 26, 2005 | July 1, 2005 |

| Joint Trial Memorandum | May 27, 2005 | July 25, 2005 |
| --- | --- | --- |
| Trial ready list | June 2005 | September 2005 |
|  |  |  |
| Mediation Session | November 3, 2004 | January 6, 2005 |

Including *Parties' Joint Motion to Modify the Order on Pretrial Deadlines,* dated October 15, 2004, and *Defendants NUSCO and CL&P's Motion to Continue Scheduling Order,* dated November 1, 2004, this is the eighth request to extend the pretrial deadlines in this case. This proposal has been shared with Duncan Ross MacKay, Esq., counsel for CL&P and NUSCO, and he expressed no objection.

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

_____
Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on November 17, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company

    Charles J. Nicol, Esq.
    Angela L. Ruggiero, Esq.
    Northeast Utilities Service Company
    P.O. Box 270
    Hartford, CT 06141-0270

    Tel:   665-3431 / 665-3495
    Fax:  665-5504

Northeast Utilities Service Company

    Charles J. Nicol, Esq.
    Angela L. Ruggiero, Esq.
    Duncan Ross MacKay, Esq.
    Northeast Utilities Service Company
    P.O. Box 270
    Hartford, CT 06141-0270

    Tel:   665-3431 / 665-3495
    Fax:  665-5504

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\ProposedModifiedDeadlinesNov2004.wpd