UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone, | : | Civil Action<br>No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden,<br>Northeast Utilities Service Company, and<br>Connecticut Light and Power Company, | : | |
| Defendants | : | December 13, 2004 |

# Local Rule 56(a)1 Statement
## made by
# Joseph A. Schiavone Corporation and Michael Schiavone

In accordance with FRCP, Local Rule 56, the Joseph A. Schiavone Corporation and Michael Schiavone (collectively "Schiavone"), provide this Local Rule 56(a)1 Statement ("LRS") setting forth each material fact as to which they contend there is no genuine issue to be tried with respect to the *Motion for Partial Summary Judgement* filed by the Schiavone Plaintiffs on December 13, 2004.

      1.      Plaintiff Michael Schiavone is an individual residing in Stuart, Florida, with a place of business located in Branford, Connecticut (Affidavit of Michael Schiavone, attached as Exhibit 1, ¶ 4).

      2.      Michael Schiavone is the current owner of certain real property known as Lot 2 with a street address now known as 250 Universal Drive North (formerly 175 Universal Drive),

North Haven, Connecticut. (Affidavit of Michael Schiavone attached as Exhibit 1, ¶ 5).

3. Michael Schiavone is the current owner of certain real property known as Lot 2A with a street address known as 250 Universal Drive North (formerly 175 Universal Drive), North Haven, Connecticut, as identified in the Affidavit of Michael Schiavone attached as Exhibit 1, ¶ 7.

4. Michael Schiavone has owned Lot 2 since December 31, 1984. (Affidavit of Michael Schiavone, Exhibit 1, ¶¶ 5 and 6 ).

5. Michael Schiavone has owned Lot 2A since October 23, 1984. (Affidavit of Michael Schiavone, Exhibit 1, ¶¶ 7 and 8 ).

6. NUSCO is a Connecticut corporation having its principal office in place of business located at 107 Selden Street, Berlin, Connecticut. (Answer to Second Amended Complaint, dated August 21, 2003, ¶ 7, attached as Exhibit 2).

7. CL&P is a Connecticut corporation having its principal office in place of business located at 107 Selden Street, Berlin, Connecticut. (Answer to Second Amended Complaint, dated August 21, 2003, ¶ 8, Exhibit 2).

8. NUSCO and CL&P are each a person as defined in CERCLA, 42 U.S.C. §9601(21), since "[t]he term 'person' means an individual, firm, corporation ...".

9. Polychlorinated Biphenyls (PCBs) have been found on Lot 2 and portions of Lot 2A. (Affidavit of David Kerschner, attached as Exhibit 3, ¶¶ 20, 21, 22, 26, 28, 29, 50(a)).

10. PCBs are listed as a "hazardous substance" pursuant to 42 U.S.C. §9601(14)(B) since they are a compound, mixture, solution, or substance designated pursuant to Section 102 of CERCLA (42 U.S.C. §9602), and listed in Table 302.4-List of Hazardous Substances

and Reportable Quantities as provided in 40 CFR §302.4 (attached in relevant part[1] as Exhibit 4).

11.     NUSCO arranged for the sale of transformers to H. Kasden & Sons, Inc., prior to June 1979. (Northeast Utilities Service Company's Responses to Plaintiffs' Request for Admissions Addressed to Northeast Utilities Service Company, dated September 11, 2003, Attached As Exhibit 5, Answer to Request Number 1).

12.     NUSCO did not know the date of manufacture of the transformers sold to H. Kasden & Sons, Inc., prior to June 1979. (Northeast Utilities Service Company's Responses to Plaintiffs' Request for Admissions Addressed to Northeast Utilities Service Company, dated September 11, 2003, Attached As Exhibit 5, Answer to Request Number 2).

13.     NUSCO did not test the transformers sold to H. Kasden & Sons, Inc., for PCB concentration prior to sale. (Northeast Utilities Service Company's Responses to Plaintiffs' Request for Admissions Addressed to Northeast Utilities Service Company, dated September 11, 2003, Attached as Exhibit 5, Answer to Request Number 3).

14.     The transformers NUSCO sold to H. Kasden & Sons, Inc. prior to June 1979 were poletop or pad-mounted transformers. (Northeast Utilities Service Company's Responses to Plaintiffs' Request for Admissions Addressed to Northeast Utilities Service Company, dated September 11, 2003, Attached as Exhibit 5, Answer to Request Number 5).

15.     NUSCO does not have service records indicating the PCB concentration of all fluids use in servicing the transformers NUSCO sold to H. Kasden & Sons, Inc. (Northeast

---

[1]  Table 302.4 of 40 CFR §302.4 is some 60 pages long. Plaintiffs include as Exhibit 4 the text of the regulation, the first page of the Table, and the page of the Table listing PCBs.

Utilities Service Company's Responses to Plaintiffs' Request for Admissions Addressed to Northeast Utilities Service Company, dated September 11, 2003, Attached as Exhibit 5, Answer to Request Number 6).

16. PCBs have come to be located on Lot 2 and portions of Lot 2A. (Affidavit of David Kerschner, attached as Exhibit 3, ¶¶ 20, 21, 22, and 50(a)).

17. The Lot 2/2A PCB site is a "facility" as defined in 42 U.S.C. §9601 (9)(B), since it meets the definition of an "... area where hazardous substance has been deposited, stored, disposed of, or placed, or otherwise come to be located ...". (Affidavit of David Kerschner, attached as Exhibit 3, ¶ 50(a)).

18. There has been release of hazardous substances and Lot 2 and portions of Lot 2 A. (Affidavit of David Kerschner, attached as Exhibit 3, ¶ 50(b)).

19. Since May 2002, Harbor Circle, LLC, as successor to the Joseph A. Schiavone Corporation, has incurred cost responding to the release or the threatened release of hazardous substances. (Affidavit of David Kerschner, attached as Exhibit 3, ¶ 50(c)); and Affidavit of Ronald Sader, attached as Exhibit 6, ¶ 18).

20. Since May 2002, Michael Schiavone has incurred cost responding to the release or the threatened release of hazardous substances. (Affidavit of David Kerschner, attached as Exhibit 3, ¶ 50(c)); and Affidavit of Michael Schiavone, attached as Exhibit 1, ¶ 11).

21. Harbor Circle, LLC was formed on or about September 13, 2004 by Michael Schiavone as its sole member. (Affidavit of Ronald Sader, attached as Exhibit 6, ¶ 11).

22. On or about September 30, 2004 Joseph A. Schiavone Corporation distributed its

assets and assigned its liabilities to Harbor Circle, LLC, and dissolved. (Affidavit of Ronald Sader, attached as Exhibit 6, ¶ 13).

23. The response actions taken by Michael Schiavone and the Joseph A. Schiavone Corporation conform to the National Contingency Plan, and have been negotiated with the US EPA and the Connecticut DEP. (Affidavit of David Kerschner, attached as Exhibit 3, ¶¶ 49 and 50(d)).

24. The costs for the response actions taken by Michael Schiavone and the Joseph A. Schiavone Corporation conform to the National Contingency Plan. (Affidavit of David Kerschner, attached as Exhibit 3, ¶ 50(d)).

25. As of September 30, 2004 Harbor Circle, LLC, itself and as successor to Joseph A. Schiavone Corporation, had incurred costs totaling $1,231,513 for remediation of PCB contamination on certain real property known as Lot 2 and Lot 2A at 250 Universal Drive North, North Haven, Connecticut. (Affidavit of Ronald Sader, attached as Exhibit 6, ¶ 18).

26. NUSCO arranged for disposal or treatment of scrap transformers owned by NUSCO or by CL&P by H. Kasden & Sons, Inc., as evidenced by:

    a. NUSCO Change in purchase order number 003396, dated January 15, 1973, which references an original purchase order dated January 1, 1971, covers the year ending January 15, 1974, and calls for the pick-up of "...**scrap iron, alum. and transformers at CL&P's**...." (Exhibit 7, NUSCO document produced in response to a discovery request bearing Bates Stamp Number 02*000905-6).

    b. NUSCO Change in purchase order number 003396, dated January 7, 1974, which references an original purchase order dated January 14, 1972, covers the year ending

5

January 15, 1975, and calls for the pick-up of "...**scrap iron, alum. and transformers at CL&P's**...." (Exhibit 8, NUSCO document produced in response to a discovery request bearing Bates Stamp Number 02*000904-3).

c. NUSCO Change in purchase order number 003396, dated December 18, 1974, which references an original purchase order dated January 14, 1972, covers the year ending January 15, 1977, and calls for the pick-up of "...**scrap iron, alum. and transformers at CL&P's**...." (Exhibit 9, NUSCO document produced in response to a discovery request bearing Bates Stamp Number 02*000910-9).

d. Document dated June 22, 1977, subject: 44 Scrap Transformers, indicating the above scrap has been shipped delivered to Kasden & Sons on June 16, 1977. (Exhibit 10, NUSCO document produced in response to a discovery request bearing Bates Stamp Number 02*000674).

e. Document dated November 8, 1977, indicating 33 Scrap Transformers where for "Kasden & Sons in trailer" with the Connecticut Light & Power box filed in. (Exhibit 11, NUSCO document produced in response to a discovery request bearing Bates Stamp Number 02*000415).

27. CL&P arranged for disposal of transformers owned by CL&P at Lot 2/2A through the use of the NUSCO Purchasing Department which acts as the purchasing department for other subsidiaries of Northeast Utilities. (Inference drawn from Paragraph 26 above and Rule 30(b)(6)

Deposition of NUSCO[2], dated May 13, 2003, page 73, line 22 to page 74, line 4, copy attached as Exhibit 26).

28. The CL&P/NUSCO transformers contained PCBs (rebuttable presumption that transformers manufactured before June 1979 contain PCBs as provided in 40 CFR §761.2(a)(3), copy attached as Exhibit 12).

29. For a period of time from sometime in the late 1960s until 1981, H. Kasden & Sons, Inc. operated scrapyard at Lot 2. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 13, page 12, line 22 to page 13, line 7; and Deposition of Charles Sterling attached as Exhibit 14 dated April 23, 2003, page 5, line 22-23).

30. Charles Sterling was a President of H. Kasden & Sons, Inc. (Deposition of Charles Sterling attached as Exhibit 15 dated April 23, 2003, page 44, line 10-17).

31. Charles Sterling started work with H. Kasden & Sons, Inc.,when H. Kasden & Sons, Inc. was still on Lloyd Street in New Haven. (Deposition of Charles Sterling attached as Exhibit 16 dated April 23, 2003 page 9, line 8-10).

32. H. Kasden & Sons, Inc. acquired Lot 2 from Lloyd Terminal Incorporated by deed dated March 22, 1968, recorded in Volume 235, Page 366 of the North Haven Land Records. (copy of certified deed[3] attached as Exhibit 17).

---

[2] Only excerpts of the Depositions of NUSCO, Charles Sterling, and Philip Kasden are attached to this LRS; full copies of the depositions are included on the diskette filed with the Court, and are available from counsel to the Joseph A. Schiavone Corporation and Michael Schiavone.

[3] The 8½ by 14 copy of the deed certified by the Assistant Town Clerk is available on request; Plaintiffs provide an 8½ by 11 copy in these papers.

33.  H. Kasden & Son, Inc. scrap yard operations are visible on the March 1, 1970 aerial photograph of Lot 2 and Lot 2A (attached as Exhibit 18).

34.  Philip Kasden started full time employment with H. Kasden & Sons, Inc. In June 1969. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 19, page 9, lines 3-12).

35.  Philip Kasden's employment with H. Kasden & Sons, Inc. ended in 1981. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 20, page 45, line 1-15).

36.  Philip Kasden was a shareholder, and during his course of employment was a vice president and executive vice president of H. Kasden & Sons. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 21, page 58, line 7-18).

37.  Philip Kasden reported to Charles Sterling, the president of H. Kasden & Sons, Inc. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 21, page 58 line 16-17).

38.  H. Kasden & Sons, Inc., processed scrap transformers by splitting them open, recovered the copper, cut up the steel parts and sold the copper to a copper smelter and the steel to a steel mill. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 22, page 28, line 5 to page 29, line 22).

39.  H. Kasden & Sons, Inc., had one transformer customer, Northeast Utilities.. (Deposition of Philip Kasden dated April 25, 2003, attached as Exhibit 23, page 30, lines 5-23).

40.  At deposition Charles Sterling was asked who his transformer customers were; he thought that "...Northeast Utilities. Connecticut Light & Power or whatever the name of the

company was at the time." (Deposition of Charles Sterling attached as Exhibit 24 dated April 23, 2003, page 23, line 13-21).

41. To the best of Charles Sterling's knowledge, the only transformers that Kasden acquired were purchased from Northeast Utilities or CL&P. (Deposition of Charles Sterling attached as Exhibit 25 dated April 23, 2003, page 55, line 21-24).

42. The plaintiffs, through their consultant and engineer KU Resources, Inc., have worked with the Connecticut DEP and U.S. EPA with respect to investigation and remediation of the Lot 2/2A facility. (Affidavit of David Kerschner, attached as Exhibit 3, ¶¶ 16, 17, 23, 24, 28c, 29b, 29c, 49).

43. Although a Consent Order has not been finalized, an agreement in principle has been reached with DEP for remediation of the Lot 2/2A facility. (Affidavit of David Kerschner, attached as Exhibit 3, ¶¶ 23 and 24).

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\Summary Judg Mot\Motion SJ Local Rule Statement.wpd

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on December 13, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company

    Charles J. Nicol, Esq.
    Angela L. Ruggiero, Esq.
    Northeast Utilities Service Company
    P.O. Box 270
    Hartford, CT 06141-0270

    Tel:   665-3431 / 665-3495
    Fax:  665-5504

Northeast Utilities Service Company

    Charles J. Nicol, Esq.
    Angela L. Ruggiero, Esq.
    Duncan Ross MacKay, Esq.
    Northeast Utilities Service Company
    P.O. Box 270
    Hartford, CT 06141-0270

    Tel:   665-3431 / 665-3495
    Fax:  665-5504

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103