**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation | : | Civil Action |
| Michael Schiavone, | : | No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden, | : | |
| Northeast Utilities Service Company, and | : | |
| Connecticut Light and Power Company, | : | **Notice of Manual Filing** |
| Defendants | : | December 13, 2004 |

Please take notice that Plaintiffs' have manually filed Appendix B (Expert Report Prepared on Behalf of Michael Schiavone and the Joseph A. Schiavone Corporation) to the Affidavit of David Kerschner (Exhibit 3 to the LRS).

This document has not been filed electronically because:

[X]   the document cannot be converted to an electronic format
[X]   the electronic filing size of the document exceeds 1.5 mb
[ ]   the document is filed under seal pursuant to the local rules of the court
[ ]   the document is filed ex parte pursuant to court order, statue or regulation allowing ex parte submission [e.g., Motion for expert of Other Services Pursuant to 18 U.S.C. § 3006]
[ ]   Plaintiff/Defendant is excused from electronically filing this document by court order.

The document has been manually served on all parties.

                        Respectfully submitted,
                        Joseph A. Schiavone Corporation, and
                        Michael Schiavone
                        Plaintiffs

                        Nicholas J. Harding
                        Federal Bar No. ct06387
                        Kosloff & Harding
                        Their Attorneys
                        28 North Main Street
                        West Hartford, CT 06107
                        Tel: (860)521-7004
                        Fax: (860) 521-3352

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on December 13, 2004 to all counsel and pro se parties of record as follows:

Connecticut Light and Power Company

Charles J. Nicol, Esq.
Angela L. Ruggiero, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270

Tel:   665-3431 / 665-3495
Fax:   665-5504

Northeast Utilities Service Company

Charles J. Nicol, Esq.
Angela L. Ruggiero, Esq.
Duncan Ross MacKay, Esq.
Northeast Utilities Service Company
P.O. Box 270
Hartford, CT 06141-0270

Tel:   665-3431 / 665-3495
Fax:   665-5504

Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103