Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 4

40 CFR § 302.4 (in relevant part)

Westlaw.

40 CFR § 302.4
40 C.F.R. § 302.4

Page 1

c

CODE OF FEDERAL REGULATIONS
TITLE 40--PROTECTION OF ENVIRONMENT
CHAPTER I--ENVIRONMENTAL PROTECTION AGENCY
SUBCHAPTER J--SUPERFUND, EMERGENCY PLANNING, AND COMMUNITY RIGHT-TO-KNOW PROGRAMS
PART 302--DESIGNATION, REPORTABLE QUANTITIES, AND NOTIFICATION
Current through December 3, 2004; 69 FR 70342
§ 302.4 Designation of hazardous substances.

(a) Listed hazardous substances. The elements and compounds and hazardous wastes appearing in Table 302.4 are designated as hazardous substances under section 102(a) of the Act.

(b) Unlisted hazardous substances. A solid waste, as defined in 40 CFR 261.2, which is not excluded from regulation as a hazardous waste under 40 CFR 261.4(b), is a hazardous substance under section 101(14) of the Act if it exhibits any of the characteristics identified in 40 CFR 261.20 through 261.24.

Note: The numbers under the column headed "CASRN" are the Chemical Abstracts Service Registry Numbers for each hazardous substance. The "Statutory Code" column indicates the statutory source for designating each substance as a CERCLA hazardous substance: "1" indicates that the statutory source is section 311(b)(2) of the Clean Water Act, "2" indicates that the source is section 307(a) of the Clean Water Act, "3" indicates that the source is section 112 of the Clean Air Act, and "4" indicates that the source is section 3001 of the Resource Conservation and Recovery Act (RCRA). The "RCRA Waste Number" column provides the waste identification numbers assigned to various substances by RCRA regulations. The "Pounds (kg)" column provides the reportable quantity adjustment for each hazardous substance in pounds and kilograms. Appendix A to § 302.4, which lists CERCLA hazardous substances in sequential order by CASRN, provides a per-substance grouping of regulatory synonyms (i.e., names by which each hazardous substance is identified in other statutes and their implementing regulations).

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

```
         Table 302.4.--List of Hazardous Substances and Reportable Quantities
             [Note: All Comments/Notes Are Located at the End of This Table]
-------------------------------------------------------------------------------

    Hazardous substance              CASRN      Statutory    RCRA      Final RQ
                                                  code       waste     pounds
                                                  [FNd]      No.       (Kg)
-------------------------------------------------------------------------------
Acenaphthene ....................... 83-32-9        2                  100 (45.4)
Acenaphthylene ..................... 208-96-8       2                  5000 (2270)
Acetaldehyde ....................... 75-07-0     1,3,4       U001      1000 (454)
Acetaldehyde, chloro- .............. 107-20-0       4        P023      1000 (454)
Acetaldehyde, trichloro- ........... 75-87-6        4        U034      5000 (2270)
Acetamide .......................... 60-35-5        3                  100 (45.4)
Acetamide,
  N-(aminothioxomethyl)- ........... 591-08-2       4        P002      1000 (454)
Acetamide, N-(4-ethoxyphenyl)- ..... 62-44-2        4        U187      100 (45.4)
Acetamide, N-9H-fluoren-2-yl- ...... 53-96-3       3,4       U005      1 (0.454)
Acetamide, 2-fluoro- ............... 640-19-7       4        P057      100 (45.4)
Acetic acid ........................ 64-19-7        1                  5000 (2270)
Acetic acid,
  (2,4-dichlorophenoxy)-, salts
  & esters ......................... 94-75-7     1,3,4       U240      100 (45.4)
Acetic acid, ethyl ester ........... 141-78-6       4        U112      5000 (2270)

Acetic acid, fluoro-, sodium
  salt ............................. 62-74-8        4        P058      10 (4.54)
Acetic acid, lead(2+) salt ......... 301-04-2      1,4       U144      10 (4.54)
Acetic acid, thallium(1+) salt ..... 563-68-8       4        U214      100 (45.4)
Acetic acid,
  (2,4,5-trichlorophenoxy)- ........ 93-76-5       1,4       See       1000 (454)
                                                             F027
Acetic anhydride ................... 108-24-7       1                  5000 (2270)
Acetone ............................ 67-64-1        4        U002      5000 (2270)
Acetone cyanohydrin ................ 75-86-5       1,4       P069      10 (4.54)
Acetonitrile ....................... 75-05-8       3,4       U003      5000 (2270)
Acetophenone ....................... 98-86-2       3,4       U004      5000 (2270)
2-Acetylaminofluorene .............. 53-96-3       3,4       U005      1 (0.454)
Acetyl bromide ..................... 506-96-7       1                  5000 (2270)
Acetyl chloride .................... 75-36-5       1,4       U006      5000 (2270)
1-Acetyl-2-thiourea ................ 591-08-2       4        P002      1000 (454)
Acrolein ........................... 107-02-8    1,2,3,4     P003      1 (0.454)
Acrylamide ......................... 79-06-1       3,4       U007      5000 (2270)
Acrylic acid ....................... 79-10-7       3,4       U008      5000 (2270)
Acrylonitrile ...................... 107-13-1    1,2,3,4     U009      100 (45.4)

Adipic acid ........................ 124-04-9       1                  5000 (2270)
Aldicarb ........................... 116-06-3       4        P070      1 (0.454)
Aldrin ............................. 309-00-2     1,2,4      P004      1 (0.454)
Allyl alcohol ...................... 107-18-6      1,4       P005      100 (45.4)
Allyl chloride ..................... 107-05-1      1,3                 1000 (454)
```

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

40 CFR § 302.4  
40 C.F.R. § 302.4

Page 33

| | | | | |
|---|---|---|---|---|
| chloroethyl)amino]- | 148-82-3 | 4 | U150 | 1 (0.454) |
| p-Phenylenediamine | 106-50-3 | 3 | | 5000 (2270) |
| Phenylmercury acetate | 62-38-4 | 4 | P092 | 100 (45.4) |
| Phenylthiourea | 103-85-5 | 4 | P093 | 100 (45.4) |
| Phorate | 298-02-2 | 4 | P094 | 10 (4.54) |
| Phosgene | 75-44-5 | 1,3,4 | P095 | 10 (4.54) |
| Phosphine | 7803-51-2 | 3,4 | P096 | 100 (45.4) |
| Phosphoric acid | 7664-38-2 | 1 | | 5000 (2270) |
| Phosphoric acid, diethyl 4-nitrophenyl ester | 311-45-5 | 4 | P041 | 100 (45.4) |
| Phosphoric acid, lead(2+) salt (2:3) | 7446-27-7 | 4 | U145 | 10 (4.54) |
| Phosphorodithioic acid, O,O-diethyl S-[2-(ethylthio) ethyl] ester | 298-04-4 | 1,4 | P039 | 1 (0.454) |
| Phosphorodithioic acid, O,O-diethyl S-[(ethylthio)methyl] ester | 298-02-2 | 4 | P094 | 10 (4.54) |
| Phosphorodithioic acid, O,O-diethyl S-methyl ester | 3288-58-2 | 4 | U087 | 5000 (2270) |
| Phosphorodithioic acid, O,O-dimethyl S-[2(methylamino)- 2-oxoethyl] ester | 60-51-5 | 4 | P044 | 10 (4.54) |
| Phosphorofluoridic acid, bis(1-methylethyl) ester | 55-91-4 | 4 | P043 | 100 (45.4) |
| Phosphorothioic acid, O,O-diethyl O-(4-nitrophenyl) ester | 56-38-2 | 1,3,4 | P089 | 10 (4.54) |
| Phosphorothioic acid, O,O-diethyl O-pyrazinyl ester | 297-97-2 | 4 | P040 | 100 (45.4) |
| Phosphorothioic acid, O-[4-[(dimethylamino) sulfonyl]phenyl] O,O-dimethyl ester | 52-85-7 | 4 | P097 | 1000 (454) |
| Phosphorothioic acid, O,O-dimethyl O-(4-nitrophenyl) ester | 298-00-0 | 1,4 | P071 | 100 (45.4) |
| Phosphorus | 7723-14-0 | 1,3 | | 1 (0.454) |
| Phosphorus oxychloride | 10025-87-3 | 1 | | 1000 (454) |
| Phosphorus pentasulfide | 1314-80-3 | 1,4 | U189 | 100 (45.4) |
| Phosphorus sulfide | 1314-80-3 | 1,4 | U189 | 100 (45.4) |
| Phosphorus trichloride | 7719-12-2 | 1 | | 1000 (454) |
| PHTHALATE ESTERS | N.A. | 2 | | [FN**] |
| Phthalic anhydride | 85-44-9 | 3,4 | U190 | 5000 (2270) |
| 2-Picoline | 109-06-8 | 4 | U191 | 5000 (2270) |
| Piperidine, 1-nitroso- | 100-75-4 | 4 | U179 | 10 (4.54) |
| Plumbane, tetraethyl- | 78-00-2 | 1,4 | P110 | 10 (4.54) |
| POLYCHLORINATED BIPHENYLS | 1336-36-3 | 1,2-,3 | | 1 (0.454) |
| Polycyclic Organic Matter [FNe] | N.A. | 3 | | [FN**] |
| POLYNUCLEAR AROMATIC HYDROCARBONS | N.A. | 2 | | [FN**] |
| Potassium arsenate | 7784-41-0 | 1 | | 1 (0.454) |
| Potassium arsenite | 10124-50-2 | 1 | | 1 (0.454) |
| Potassium bichromate | 7778-50-9 | 1 | | 10 (4.54) |

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

```
                                                                    (2270)
K178 .........................................  .....
Residues from manufacturing and
  manufacturing-site storage of ferric
  chloride from acids formed during the
  production of titanium dioxide using the
  chloride ilmenite process ...............  .....        4  K178       1 (0.454)
---------------------------------------------------------------------------
```

FND Indicates the statutory source defined by 1,2,3, and 4, as described in the note preceding Table 302.4.

FNDD No reporting of releases of this hazardous substance is required if the diameter of the pieces of the solid metal released is larger than 100 micrometers (0.004 inches).

FNDDD The RQ for asbestos is limited to friable forms only.

FNPP The Agency may adjust the statutory RQ for this hazardous substance in a future rulemaking; until then the statutory one-pound RQ applies.

FNH The adjusted RQs for radionuclides may be found in Appendix B to this table.

FN** Indicates that no RQ is being assigned to the generic or broad class.

FNa Benzene was already a CERCLA hazardous substance prior to the CAA

Amendments of 1990 and received an adjusted 10-pound RQ based on potential carcinogenicity in an August 14, 1989, final rule (54 FR 33418). The CAA Amendments specify that "benzene (including benzene from gasoline)" is a hazardous air pollutant and, thus, a CERCLA hazardous substance.

FNb The CAA Amendments of 1990 list DDE (3547-04-4) as a CAA hazardous air pollutant. The CAS number, 3547-04-4, is for the chemical, p,p'dichlorodiphenylethane. DDE or p,p'-dichlorodiphenyldichloroethylene, CAS number 72-55-9, is already listed in Table 302.4 with a final RQ of 1 pound. The substance identified by the CAS number 3547-04-4 has been evaluated and listed as DDE to be consistent with the CAA section 112 listing, as amended.

FNc Includes mineral fiber emissions from facilities manufacturing or processing glass, rock, or slag fibers (or other mineral derived fibers) of average diameter 1 micrometer or less.

FNd Includes mono- and di-ethers of ethylene glycol, diethylene glycol, and triethylene glycol R-(OCH2CH2)n-OR' where:

FNn = 1, 2, or 3;
FNR = alkyl C7 or less; or
FNR = phenyl or alkyl substituted phenyl;
FNR' = H or alkyl C7 or less; or
FNOR' consisting of carboxylic acid ester, sulfate, phosphate, nitrate, or

sulfonate.

FNe Includes organic compounds with more than one benzene ring, and which have a boiling point greater than or equal to 100° C.

FNf See 40 CFR 302.6(b)(1) for application of the mixture rule to this hazardous waste.

[51 FR 34541, Sept. 29, 1986; 51 FR 45767, Dec. 22, 1986; 53 FR 35421, Sept. 13, 1988; 53 FR 43881, 43884, Oct. 31, 1988; 54 FR 22538, May 24, 1989; 54 FR 33425, 33448, Aug. 14, 1989; 54 FR 41408, Oct. 6, 1989; 54 FR 47022, Nov. 8, 1989; 54 FR 50979, Dec. 11, 1989; 54 FR 53063, Dec. 27, 1989; 55 FR 5342, Feb. 14, 1990; 55 FR 11876, March 29, 1990; 55 FR 18506, May 2,

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

40 CFR § 302.4
40 C.F.R. § 302.4

Page 60

1990; 55 FR 22720, June 1, 1990; 55 FR 26987, June 29, 1990; 55 FR 46396, Nov. 2, 1990; 55 FR 50490, Dec. 6, 1990; 55 FR 51707, Dec. 17, 1990; 56 FR 21959, May 13, 1991; 57 FR 37306, Aug. 18, 1992; 57 FR 47386, Oct. 15, 1992; 57 FR 61504, Dec. 24, 1992; 58 FR 35327, June 30, 1993; 59 FR 31552, June 20, 1994; 60 FR 7856, Feb. 9, 1995; 60 FR 19165, April 17, 1995; 60 FR 30938, 30944, June 12, 1995; 60 FR 35991, 35992, July 12, 1995; 62 FR 32979, 32980, June 17, 1997; 63 FR 24627, May 4, 1998; 63 FR 42188, Aug. 6, 1998; 63 FR 69168, Dec. 15, 1998; 65 FR 14475, March 17, 2000; 65 FR 47348, Aug. 2, 2000; 65 FR 67132, Nov. 8, 2000; 66 FR 58300, Nov. 20, 2001; 67 FR 45321, July 9, 2002; 67 FR 54846, Aug. 26, 2002]

<General Materials (GM) - References, Annotations, or Tables>

40 C. F. R. § 302.4

**40 CFR § 302.4**

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

http://print.westlaw.com/delivery.html?dest=atp&dataid=A00558000000736500041686B0BC3EFE60A674...   12/10/2004