Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 5

Northeast Utilities Service Company's Responses to Plaintiff's Requests for Admissions Addressed to Northeast Utilities Service Company
September 11, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH A. SCHIAVONE CORPORATION, MICHAEL C. SCHIAVONE<br>　　Plaintiffs, | : : : : : | CIVIL ACTION NO.<br><br>3:02 CV-1718 (MRK) |
| v. | : : : | |
| PHILIP KASDEN, NORTHEAST UTILITIES SERVICE　COMPANY THE CONNECTICUT LIGHT AND　POWER COMPANY<br><br>　　Defendants | : : : : : : : | September 11, 2003 |

**NORTHEAST UTILITIES SERVICE COMPANY'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSIONS ADDRESSED TO NORTHEAST UTILITIES SERVICE COMPANY**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Northeast Utilities Service Company ("NUSCO" or "Defendant") hereby submits its responses to Plaintiffs' Requests for Admission.

**REQUESTS FOR ADMISSION RESPONSES**

The following are Defendant's responses to Plaintiff's Requests for Admission.

**REQUEST NO. 1:**

NUSCO disposed of transformers by sale of transformers to H. Kasden & Sons, Inc. prior to June of 1979.

**ANSWER:** **NUSCO admits that it arranged for the sale of transformers to H. Kasden & Sons, Inc. prior to June of 1979. NUSCO denies that it disposed of transformers through their sale to H. Kasden & Sons, Inc.**

REQUEST NO. 2:

NUSCO does not know the date of manufacturer of the transformers sold to H. Kasden & Sons, Inc., prior to June 1979.

**ANSWER:** **NUSCO admits that it does not know the date of manufacture of the transformers sold to H. Kasden & Sons, Inc. prior to June 1979.**

REQUEST NO. 3:

NUSCO did not test the transformers disposed of by sale to H. Kasden & Sons, Inc. for PCB concentration prior to disposal.

**ANSWER:** **NUSCO admits that it did not test the transformers sold to H. Kasden & Sons, Inc. for PCB concentration prior to their sale. NUSCO denies that it disposed of transformers through their sale to H. Kasden & Sons, Inc.**

REQUEST NO. 4:

NUSCO does not have documentation from the transformer manufacturer indicating the PCB concentration at the time of manufacture for the transformers NUSCO disposed of by sale to H. Kasden & Sons, Inc.

**ANSWER:** **NUSCO denies that it does not have documentation from the transformer manufacturer. NUSCO admits that it does not have documentation from the transformer manufacturer indicating the PCB concentration at the time of manufacture for the transformers NUSCO sold to H. Kasden & Sons, Inc. NUSCO denies that it disposed of transformers through their sale to H. Kasden & Sons, Inc.**

REQUEST NO. 5:

2

Transformers sold before June 1979 by NUSCO to H. Kasden & Sons, Inc. were poletop or pad-mounted transformers.

**ANSWER:** **NUSCO admits that transformers it sold to H. Kasden & Sons, Inc. prior to June 1979 were poletop or pad-mounted transformers.**

**REQUEST NO. 6:**

NUSCO does not have service records indicating the PCB concentration of all fluids used in servicing the transformers NUSCO disposed of by sale to H. Kasden & Sons, Inc.

**ANSWER:** **NUSCO admits that it does not have service records indicating the PCB concentration of all fluids used in servicing the transformers NUSCO sold to H. Kasden & Sons, Inc. NUSCO denies that it disposed of transformers through their sale to H. Kasden & Sons, Inc.**

DEFENDANT,
NORTHEAST UTILITIES
   SERVICE COMPANY

*[signature: Angela L. Ruggiero]*
Angela L. Ruggiero
Federal Bar No. ct 24792
Northeast Utilities Service Company
Legal Department
P.O. Box 270
Hartford, CT 06141-0270
(860) 665-3667

Its Attorney

By: *[signature: Richard M. Pizzella]*
Richard M. Pizzella
Manager, Environmental Operations

3

**STATE OF CONNECTICUT**

**COUNTY OF HARTFORD**

Personally appeared Richard M. Pizzella, signer of the foregoing discovery response who made oath to the truth of the responses to the requests for admissions to the best of his knowledge, information, and belief based on his reasonable inquiry of others.

_____
NOTARY PUBLIC

**TAMARA NICOLE GAGNON**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2005

4

## CERTIFICATION

I hereby certify that on September 11, 2003, a copy of the foregoing was mailed certified mail, to

    Nicholas J. Harding
    Kosloff & Harding
    28 North Main Street
    West Hartford, CT 06107

    Tel:  (860) 521-7004
    Fax:  (860) 521-3352

I further certify that on September 11, 2003, a copy of the foregoing was mailed postage prepaid, to

    Irving H. Perlmutter
    Ullman, Perlmutter & Sklaver
    47 Trumbull Street
    P.O. Box 514
    New Haven, CT 06503-0514

    Tel:  (203) 772-2180
    Fax:  (203) 772-4631

_____
Angela L. Ruggiero