**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 6**

**Affidavit of Ronald Sader**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Joseph A. Schiavone Corporation | : | Civil Action |
| Michael Schiavone, | : | No. 302 CV-1718 (RNC) |
| Plaintiffs | : | |
| v. | : | |
| Philip Kasden, | : | |
| Northeast Utilities Service Company, and | : | |
| Connecticut Light and Power Company, | : | |
| Defendants | : | December 13, 2004 |

### Affidavit of Ronald Sader

I, Ronald Sader, being sworn according to law, hereby depose and state:

1. I am over the age of 18 years;

2. I believe in the obligation of an oath;

3. The information stated herein is based on my personal knowledge and belief;

4. At all relevant times through September 30, 2004, I was Vice President of Finance, Secretary, and Controller of Joseph A. Schiavone Corporation;

5. In the ordinary course of my responsibilities as Secretary, I have custody of the corporate minute book and share transfer register for Joseph A. Schiavone Corporation;

6. These records are kept in the regular course of regularly conducted business activity of the

Joseph A. Schiavone Corporation;

7. I maintained these records at or near the time of the matters recorded and based on my own personal knowledge of matters recorded;

8. In the ordinary course of my responsibilities as Vice President of Finance and Controller of Joseph A. Schiavone Corporation, I have maintained the financial records for those entities, including records of invoices and payments for environmental services and consultation;

9. These records are kept in the regular course of regularly conducted business activity of Joseph A. Schiavone Corporation;

10. I maintain these records at or near the time of the matters recorded and based on my own personal knowledge of the matters recorded;

11. Harbor Circle, LLC was formed on or about September 13, 2004 by Michael Schiavone as its sole member;

12. I am the Manager of Harbor Circle, LLC;

13. On or about September 30, 2004 Joseph A. Schiavone Corporation distributed its assets and assigned its liabilities to Harbor Circle, LLC, and dissolved;

14. In the ordinary course of my responsibilities as Manager of Harbor Circle, LLC, I have maintained the financial records for those entities, including records of invoices and payments for environmental services and consultation;

15. These records are kept in the regular course of regularly conducted business activity of

Harbor Circle, LLC;

16. I maintain these records at or near the time of the matters recorded and based on my own personal knowledge of the matters recorded;

17. In preparation of this affidavit I have reviewed the financial records of both Joseph A. Schiavone Corporation and Harbor Circle, LLC for costs incurred and amounts paid with respect to the investigation and remediation of PCB contamination on certain real property known as Lot 2 and Lot 2A at 250 Universal Drive North, North Haven, Connecticut;

18. As of September 30, 2004, Harbor Circle, LLC, itself and as successor to Joseph A. Schiavone Corporation, had incurred costs totaling $1,231,513 for investigation and remediation of PCB contamination on certain real property known as Lot 2 and Lot 2A at 250 Universal Drive North, North Haven, Connecticut.

19. As of October 30, 2004, Michael Schiavone had incurred $10,000 in costs for investigation and remediation of PCB contamination at Lot 2 and 2A.

20. As of September 25, 2002, the date of the original complaint in this matter, both Joseph A.

Schiavone and Michael Schiavone had incurred costs for investigation and remediation of PCB contamination at Lot 2 and 2A.

Dated at West Hartford, Connecticut on this 9 day of December, 2004.

*Ronald Sader*
Ronald Sader

Subscribed and sworn to before me this 9 day of December, 2004.

*Nicholas J. Harding*
Nicholas J. Harding
~~Notary Public~~
~~Commission Expires~~
Commissioner of the Superior Court

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\Summary Judg Mot\Sader Affidavit.wpd

4