**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 7**

**Documents Bearing Bates Stamp Number 02\*000905-6**

**NORTHEAST UTILITIES SERVICE COMPANY**

Purchasing Offices • Selden Street, Berlin, Connecticut
Telephone Area Code 203 666-6911

PLEASE ACKNOWLEDGE THIS ORDER PROMPTLY, GIVING DEFINITE SHIPPING DATE

**CHANGE IN PURCHASE ORDER NUMBER** 003396

**INVOICE TO:** CONNECTICUT LIGHT AND POWER CO.

MAIL ALL CORRESPONDENCE AND INVOICES TO PURCHASING DEPT., P. O. BOX 270, HARTFORD, CONN. 06101

DATE JANUARY 15, 1973

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, CORRESPONDENCE, PACKING SHEETS, AND BILLS OF LADING.

H. KASDEN AND SONS, INC.
2-44 LLOYD STREET
NEW HAVEN, CONN.  60509

**FURNISH AND SHIP TO:**
CONNECTICUT LIGHT AND POWER CO.
c/o

| F.O.B. | SHIP VIA | REQ. NO. | REFER ALL CORRESPONDENCE TO PURCHASING AGENT, ATTN. |
|---|---|---|---|
| DEST | | A07737 | MR. M. A. GAFFEY |

CONNECTICUT SALES TAX NOT APPLICABLE, SERVICE

| QUANTITY | DESCRIPTION | STOCK CODE | PRICE & DISCOUNT |
|---|---|---|---|
| | REFER TO ORIGINAL ORDER DATED 01/01/71 AND NOTE AS FOLLOWS:<br><br>PICK-UP SCRAP IRON, ALUM. AND TRANSFORMERS AT CL&P'S WILLIMANTIC, DANIELSON, ESSEX, NEW BRITAIN, NIANTIC, NEW MILFORD, WINSTED, OXFORD, MERIDEN, WATERBURY, MILLSTONE POINT, EAST HAMPTON, BRISTOL, SHELTON, AND MYSTIC DISTRICTS, AS DIRECTED BY THE NORTHEAST UTILITIES SERVICE COMPANY, PURCHASING DEPARTMENT.<br><br>BUCKET RENTAL CHARGE: $12.50 PER BUCKET PER MONTH.<br><br>ORIGINAL OF ALL WEIGHT TICKET SHALL BE MAILED DIRECTLY TO THE SCRAP COORDINATOR, NUSCO. PURCHASING DEPARTMENT AT BERLIN, CONNECTICUT. DUPLICATE OF WEIGHT SLIP TO BE GIVEN TO STORES REPRESENTATIVE IF WEIGHT IS WITNESSED, OTHERWISE IT SHALL BE MAILED TO THE STOREKEEPER RESPONSIBLE FOR THE MATERIAL. ALSO THE DEALER REPRESENTATIVE SHALL SIGN A RECEIPT FOR ALL MATERIAL REMOVED AT THE TIME OF RELEASE. | DIR001 | |

NOTE: THE SELLER IN ACCEPTING THIS ORDER, AGREES TO AND ACCEPTS THE CONDITIONS ON THE REVERSE OF THIS ORDER.

Northeast Utilities Service Company
H. W. Sears
VICE-PRESIDENT

02*000905

By _____
       PURCHASING AGENT

**NORTHEAST UTILITIES**
SERVICE COMPANY

Purchasing Offices • Selden Street, Berlin, Connecticut
Telephone Area Code 203 666-6911

CHANGE IN
**PURCHASE ORDER NUMBER**
003396

PLEASE ACKNOWLEDGE THIS ORDER PROMPTLY, GIVING DEFINITE SHIPPING DATE

INVOICE TO: CONNECTICUT LIGHT AND POWER CO.

MAIL ALL CORRESPONDENCE AND INVOICES TO PURCHASING DEPT., P. O. BOX 270, HARTFORD, CONN. 06101

DATE   JANUARY 15, 1973

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, CORRESPONDENCE, PACKING SHEETS, AND BILLS OF LADING.

H. KASDEN AND SONS, INC.

**FURNISH AND SHIP TO:**
CONNECTICUT LIGHT AND POWER CO.
c/o

PAGE 02

| F.O.B. | SHIP VIA | REQ. NO. | REFER ALL CORRESPONDENCE TO PURCHASING AGENT, ATTN. |
|---|---|---|---|
| DEST | | A07737 | MR. M. A. GAFFEY |

CONNECTICUT SALES TAX NOT APPLICABLE, SERVICE

| QUANTITY | DESCRIPTION | STOCK CODE | PRICE & DISCOUNT |
|---|---|---|---|
| | (PRICING FOR SCRAP TO BE IN ACCORDANCE WITH YOUR PROPOSAL DATED JANUARY 12, 1973). THIS ORDER COVERS THE YEAR ENDING JANUARY 15, 1974 AND MAY BE TERMINATED BY EITHER PARTY UPON 30 DAYS WRITTEN NOTICE. THE CONNECTICUT LIGHT AND POWER COMPANY RESERVES THE RIGHT TO EXCLUDE FROM THIS CONTRACT ANY LARGE ACCUMULATIONS OF MATERIAL FOR SEPARATE NEGOTIATIONS. | | |

NOTE: THE SELLER IN ACCEPTING THIS ORDER, AGREES TO AND ACCEPTS THE CONDITIONS ON THE REVERSE OF THIS ORDER.

Northeast Utilities Service Company
H. W. Sears
VICE-PRESIDENT

02*000906

By _____
PURCHASING AGENT