**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 9**

**Documents Bearing Bates Stamp Number 02*000910-9**

# NORTHEAST UTILITIES
**SERVICE COMPANY**

Purchasing Offices • Selden Street, Berlin, Connecticut
Telephone Area Code 203 666-6911

PLEASE ACKNOWLEDGE THIS ORDER PROMPTLY, GIVING DEFINITE SHIPPING DATE

**PURCHASE ORDER NUMBER**

005396

INVOICE TO:  CONNECTICUT LIGHT AND POWER CO.

MAIL ALL CORRESPONDENCE AND INVOICES TO PURCHASING DEPT., P. O. BOX 270, HARTFORD, CONN. 06101

DATE  DECEMBER 18, 1974

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, CORRESPONDENCE, PACKING SHEETS, AND BILLS OF LADING.

H. KASDEN AND SONS, INC.
2-44 LLOYD STREET
NEW HAVEN, CONN.   06509

FURNISH AND SHIP TO:

c/o   CONNECTICUT LIGHT AND POWER CO.

(945)

SEE BELOW

| F.O.B. | SHIP VIA | REQ. NO. | REFER ALL CORRESPONDENCE TO MANAGER - PURCHASES, ATTN |
|---|---|---|---|
| BEST | | A07737 | M. A. GAFFEY |

CONNECTICUT SALES TAX NOT APPLICABLE,   SERVICE

| QUANTITY | DESCRIPTION | STOCK CODE |
|---|---|---|
| | REFER TO ORIGINAL ORDER DATED 01/14/72 AND NOTE AS FOLLOWS: | |
| | PICK-UP SCRAP IRON, ALUM. AND TRANSFORMERS AT CL&P'S WILLIMANTIC, DANIELSON, MADISON, NEW BRITAIN, NIANTIC, NEW MILFORD, BETHEL, WINSTED, OXFORD, MERIDEN, WATERBURY, MILESTONE POINT, EAST HAMPTON, BRISTOL, SHELTON, AND MYSTIC DISTRICTS, AS DIRECTED BY THE NORTHEAST UTILITIES SERVICE COMPANY, PURCHASING DEPARTMENT. | DIR001 |
| | ORIGINAL OF ALL WEIGHT TICKET SHALL BE MAILED DIRECTLY TO THE SCRAP COORDINATOR, N.U.S.C. PURCHASING DEPARTMENT AT BERLIN, CONNECTICUT. DUPLICATE OF WEIGHT SLIP TO BE GIVEN TO STORES REPRESENTATIVE IF WEIGHT IS WITNESSED, OTHERWISE IT SHALL BE MAILED TO THE STOREKEEPER RESPONSIBLE FOR THE MATERIAL. ALSO THE DEALER REPRESENTATIVE SHALL SIGN A RECEIPT FOR ALL MATERIAL REMOVED AT THE TIME OF RELEASE. | |
| | (PRICING FOR SCRAP TO BE IN ACCORDANCE WITH | |

02*000910

# NORTHEAST UTILITIES
### SERVICE COMPANY

Purchasing Offices • Selden Street, Berlin, Connecticut
Telephone Area Code 203 666-6911

PLEASE ACKNOWLEDGE THIS ORDER PROMPTLY, GIVING DEFINITE SHIPPING DATE

CHANGE IN
PURCHASE ORDER
NUMBER

003398

**INVOICE TO:** CONNECTICUT LIGHT AND POWER CO.

MAIL ALL CORRESPONDENCE AND INVOICES TO PURCHASING DEPT., P. O. BOX 270, HARTFORD, CONN. 06101

**DATE** DECEMBER 19, 1974

THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, CORRESPONDENCE, PACKING SHEETS, AND BILLS OF LADING.

H. KASDEN AND SONS, INC.

PAGE 02

**FURNISH AND SHIP TO:**

CONNECTICUT LIGHT AND POWER CO.

c/o

(940)

SEE BELOW

| O.B. | SHIP VIA | | REQ. NO. | REFER ALL CORRESPONDENCE TO MANAGER - PURCHASES. ATTN. |
|------|----------|--|----------|-------------------------------------------------------|
| BEST |          |  | A07737   | M. A. GAFFEY                                          |

CONNECTICUT SALES TAX NOT APPLICABLE,    SERVICE

| QUANTITY | DESCRIPTION | STOCK CODE |
|----------|-------------|------------|
| | YOUR PROPOSAL DATED NOVEMBER 25, 1974. | |
| | THIS ORDER COVERS THE YEAR ENDING JANUARY 15, 1977 AND MAY BE TERMINATED BY EITHER PARTY UPON 30 DAYS WRITTEN NOTICE. | |
| | THE CONNECTICUT LIGHT AND POWER COMPANY RESERVES THE RIGHT TO EXCLUDE FROM THIS CONTRACT ANY LARGE ACCUMULATIONS OF MATERIAL FOR SEPARATE NEGOTIATIONS. | |

02*000909

DEST. AT OPT

INFORMATION COPY