**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 10**

**Documents Bearing Bates Stamp Number 02*000674**

SCRAP AND SALVAGE CO-ORDINATOR

FROM _____, STOREROOM

DEPT. - LOCATION

SUBJECT _____    DATE _____

THE ABOVE SCRAP HAS BEEN SHIPPED/DELIVERED TO    H. Ruderson

ON _____ (DATE), AS FOLLOWS:

MISCELLANEOUS SALES
QUANTITY    DESCRIPTION

TYPE _____    TYPE _____
GROSS _____    GROSS _____
TARE _____    TARE _____
NET _____    NET _____

RECEIVED BY _____

MSO NO. _____    FORM 1296 NO. _____

STOREROOM __N.C. Reise__

ORIGINAL = PURCHASING

---

PS1368 REV. 5-76    **STOREROOM AND CUSTOMER RECEIPT**

TO: SCRAP AND SALVAGE CO-ORDINATOR    DEPT. - LOCATION: PURCHASING - BERLIN

FROM: L.J. Coffey, STOREROOM    DEPT. - LOCATION: 811

SUBJECT: 44 Scrap Transformers    DATE: 06-22-77
7- 5KVA - 18- 10KVA - 12- 15KVA - 6- 25KVA - 1- 37½KVA - TOTAL KVA 582.

THE ABOVE SCRAP HAS BEEN SHIPPED/DELIVERED TO    KASDEN & SON

ON 06-16-77 (DATE), AS FOLLOWS:

MISCELLANEOUS SALES
QUANTITY    DESCRIPTION

TYPE _____    TYPE _____
GROSS 37620    GROSS _____
TARE 21900    TARE _____
NET 15720    NET _____

RECEIVED BY __Hank Robinson__

MSO NO. _____    FORM 1296 NO. 3890    02*000674

STOREROOM __L.J. Coffey__

ORIGINAL = PURCHASING