Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 11

Documents Bearing Bates Stamp Number 02*000415

# NORTHEAST UTILITIES SERVICE COMPANY

PS1296 4-70

Date 11-08-77

KASDEN

☒ Connecticut Light and
☐ Hartford Electric Light
☐ Western Massachusetts El
☐ Holyoke Water Power Co.
☐ Other _____

TO: PURCHASING AGENT – BERLIN, CONN.

Company _____

We have no further use for materials listed below: – Located at _Freight St_ Store __

for the following reason _Retirement of Transformers_

| UANTITY | CONDITION* | COMPLETE DESCRIPTION OF MATERIAL | STOCK CODE NO. | IF RET STAT AUTHOR |
|---|---|---|---|---|
| 33 | SCRAP | TRANSFORMERS. | | |
| | | 2 – 5 KVA = 10 | | |
| | | 1 – 9 KVA = 9 | | |
| | | 7 – 10 KVA = 70 | | |
| | | 12 – 15 KVA = 180 | | |
| | | 7 – 25 KVA = 170 | | |
| | | 1 – 30 KVA = 30 | | |
| | | 1 – 37 KVA = 37 | | |
| | | 1 – 50 KVA = 50 | | |
| | | 1 – 150 KVA = 150 | | |
| | | (FOR KASDEN & SONS) (IN TRAILER) | | |
| | | 33 TRANSFORMERS = 706 KVA | | |

Prepare this form in duplicate forward approved original to Material Control – Berlin

Prepared by _F. Todd_
Approved by _L. J. Coffey_  _D. Trenton_

\* When reporting CONDITION of material, state whether it is new, used or scrap. State present condition, such as, good, fair, shopworn or parts missing, and whether material is operable, returnable for credit, in original cartons, etc.

**THIS INFORMATION IS IMPORTANT FOR THE PROPER DISPOSITION OF MATERIAL.**

PURCHASING DEPT. USE ONLY
TO: Scrap Coordinator:

Material Control has determined there is not requirement for the above material.

02*000415

_J. Keife_ /RK    11/08/77
Material Control    Date