Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 13

Extract From Deposition of Philip Kasden
April 25, 2003
page 12, line 22 to page 13, line 7

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
 2
 3                                          COPY
 4
 5     ----------------------------------x
       JOSEPH A. SCHIAVONE CORPORATION    :  CIVIL ACTION NO.
 6     MICHAEL SCHIAVONE                  :  302CV-1718(RNC)
                                          :
 7     VS.                                :
                                          :
 8     PHILIP KASDEN                      :
       NORTHEAST UTILITIES SERVICE COMPANY :
 9     ----------------------------------x
10
11
12
13            DEPOSITION OF:  PHILIP KASDEN
              DATE:  APRIL 25, 2003
14            HELD AT:  ULLMAN, PERLMUTTER & SKLAVER
                        47 TRUMBULL STREET
15                      NEW HAVEN, CONNECTICUT
16
17
18
19
20
21
22
23
              Reporter:  MARY Z. ARMANDO, LSR # 00222
24              BRANDON SMITH REPORTING SERVICE
                      44 Capitol Avenue
25              Hartford, Connecticut  06106
                        (860) 549-1850
```

Schiavone vs Kasden
4/25/2003                                                    Philip Kasden

Page 12

1   175 Universal Drive, North Haven, and they distinguish
2   the creosote pit as lot 2A from lot 2.  And I don't for
3   the life of me know how they got Lot 2.  I know how they
4   got lot 2A.  They got lot 2A from the conveyance from
5   Pierson Lipincott to Michael Schiavone out of their
6   development of the creosote factory area and the rail
7   yard back in the 1980s.
8            How did it come to be that H. Kasden & Sons
9   moved to the Terminal Drive location?
10      A.   It was decided that it was more efficient to
11  run out of one location.  There had already been some
12  processing equipment established on that location and
13  basically a matter of efficiency in improving the
14  processing operation.  It was decided that the
15  North Haven facility was a superior place to be, was a
16  better place to be located than the downtown New Haven.
17      Q.   Did it consist of more acreage?
18      A.   It was more acreage.  I think the tax
19  structure in North Haven was significantly better than
20  the tax structure in downtown New Haven.  Rail siding --
21  space was primarily the issue.
22      Q.   Do you recall what year the operations moved
23  from Lloyd Street to Terminal Drive?
24      A.   Well, it was phased in, as I said.  There was
25  a hydraulic shear that was purchased -- I'm not sure

1  when it was being -- it had already been purchased by
2  the time I became employed at the company, so it was
3  some time in the late '60s that it was operating in
4  North Haven. And I believe we made the ultimate move or
5  the total move out there in, I want to say, 1973 or 1974
6  the two facilities were built, the two buildings were
7  built.
8      Q.  Now, my title search tells me that
9  Lloyd Terminal, Incorporated -- are you familiar with
10 Lloyd Terminal, Incorporated?
11     A.  I am.
12     Q.  Were you a shareholder in Lloyd Terminal,
13 Incorporated?
14     A.  Ultimately, yeah. Actually, I was not. The
15 stock was never conveyed to me. It belonged to my uncle
16 and my father and then it was transferred through their
17 estates, so I never became an owner of it.
18     Q.  And they acquired the Terminal Drive --
19 Lloyd Terminal, Incorporated acquired the Terminal Drive
20 property from the railroad?
21     A.  Initially, and then I believe it was conveyed
22 to H. Kasden.
23     Q.  About March 1968 it was conveyed to H. Kasden?
24     A.  Is that right?
25     Q.  Would that be approximately correct?

Page 84

CERTIFICATE OF DEPONENT

I, PHILIP KASDEN, do hereby certify that the foregoing testimony, taken on April 25, 2003, is true and accurate to the best of my knowledge and belief.

DATE *6/14/03*        PHILIP KASDEN  *[signature: Philip W. Kasden]*

At *Arlington, MA* in said County of *Middlesex*, this *14th* day of *June*, 2003, personally appeared PHILIP KASDEN, and he made oath to the truth of the foregoing answers by him subscribed. Before me, *[signature]*, Notary Public. My Commission expires: *10-23-09*

(MZA)

```
                                                         Page 83
 1                    CORRECTION SHEET
 2         I, PHILIP KASDEN, do hereby certify that the
   following corrections and additions of the transcript
 3 taken on April 25, 2003 are true and accurate to the
   best of my knowledge and belief.
 4
   CORRECTION      PAGE       LINE       REASON
 5
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20   6/14/03                  Philip W. Kasden
     DATE                     PHILIP KASDEN
21        At  Arlington, MA   in said County of
    Middlesex       , this   14th         day of
22      June              2003, personally appeared
   PHILIP KASDEN, and he made oath to the truth of the
23 foregoing corrections by him subscribed.
24
   Before me, _____Poiridis_____, Notary Public.
25 My Commission expires: 10-23-09
   (MZA)
```