Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 14

Extract From Deposition of Charles Sterling
April 23, 2003
page 5, line 23-25

Case 3:02-cv-01718-RNC    Document 99-16    Filed 12/13/2004    Page 2 of 4
Schiavone vs. Kasden et al
4/23/2003                                                    Charles Sterling

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3                                                    COPY
 4
 5    -----------------------------------x
      JOSEPH A. SCHIAVONE CORPORATION    : CIVIL ACTION NO.
 6    MICHAEL SCHIAVONE                  : 302CV-1718(RNC)
                                         :
 7    VS.                                :
                                         :
 8    PHILIP KASDEN                      :
      NORTHEAST UTILITIES SERVICE COMPANY :
 9    -----------------------------------x
10
11
12
13              DEPOSITION OF:  CHARLES STERLING
                DATE:  APRIL 23, 2003
14              HELD AT:  ULLMAN, PERLMUTTER & SKLAVER
                          47 TRUMBULL STREET
15                        NEW HAVEN, CONNECTICUT
16
17
18
19
20
21
22
23
           Reporter:  MARY Z. ARMANDO, LSR # 00222
24              BRANDON SMITH REPORTING SERVICE
                     44 Capitol Avenue
25              Hartford, Connecticut  06106
                       (860) 549-1850
```

Page 5

1        (The deposition commenced at 10:00 a.m.)

2

3    (Plaintiffs' Exhibit 1, Notice of Deposition, marked for

4    identification.)

5

6        CHARLES STERLING, Deponent, having first been duly

7    sworn, deposes and states as follows:

8

9             DIRECT EXAMINATION BY MR. HARDING:

10

11       Q.   Good morning, sir.  I'm Nicholas Harding and I

12   represent the Joseph A. Schiavone Corporation and

13   Michael Schiavone in this matter; and who, sir, are you?

14       A.   Charles Sterling.

15       Q.   And what do you do for work, sir?

16       A.   I'm a real estate broker.

17       Q.   And have you always been a real estate broker?

18       A.   No.

19       Q.   Did you ever have any association with

20   H. Kasden & Sons?

21       A.   Yes, I did.

22       Q.   And what was that association?

23       A.   I started with them sometime in the '60s and

24   was with them until the company was purchased by Michael

25   Schiavone in 1981.

Page 83

1                    CERTIFICATE OF REPORTER

2

3        I, Mary Z. Armando, a Notary Public duly

4   commissioned and qualified in and for the State of

5   Connecticut, do hereby certify that pursuant to Notice,

6   there came before me, on the 23rd day of April, 2003, at

7   10:00 a.m., the following named person, to wit:

8   CHARLES STERLING, who was by me duly sworn to testify to

9   the truth and nothing but the truth; that he was

10  thereupon carefully examined upon his oath and his

11  examination reduced to writing under my supervision;

12  that this deposition is a true record of the testimony

13  given by the witness.

14       I further certify that I am neither attorney nor

15  counsel for, nor related to, nor employed by any of the

16  parties to the action in which this deposition is taken,

17  and further, that I am not a relative or employee of any

18  attorney or counsel employed by the parties hereto, or

19  financially interested in the action

20

         IN WITNESS THEREOF, I have hereunto set my hand and

21  affixed my seal this 7th day of May, 2003.

22                                  *[signature]*
                                    Mary Z. Armando

23                                  Notary Public

                                    CT License No. 00222

24

25  My Commission expires:  5/31/07