Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 15

Extract From Deposition of Charles Sterling
April 23, 2003
page 44, line 10-17

Case 3:02-cv-01718-RNC   Document 99-17   Filed 12/13/2004   Page 2 of 2
Schiavone vs. Kasden et al

4/23/2003                                                    Charles Sterling

Page 44

1   Q.   And they really hadn't become a matter of
2   excitement until the time you stopped?
3   A.   Right.
4        MR. HARDING:  I am finished with my questions.
5        MR. NICOL:  Do you want me to go next?
6        MR. ULLMAN:  Sure.
7
8        CROSS-EXAMINATION BY MR. NICOL:
9
10  Q.   I don't believe you indicated what your job
11  title was at Kasden .?
12       THE WITNESS:  What was my job title, Andy?
13       MR. ULLMAN:  I don't know.
14       MR. HARDING:  Andy can't help you.  He
15  can't answer the questions.
16  BY MR. NICOL:
17  Q.   Do you recall being president?
18  A.   Yeah, later on, late in my time.
19  Q.   When you were first hired, do you recall what
20  your position was?
21  A.   Salesman, I guess.
22  Q.   Who did you report to?
23  A.   Sam Kasden and George Kasden.
24  Q.   And did you report to them throughout your
25  tenure at H. Kasden?