**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 16**

**Extract From Deposition of Charles Sterling**
**April 23, 2003**
**page 9, line 8-10**

Schiavone vs. Kasden et al

4/23/2003                                                      Charles Sterling

Page 9

1    what were your duties?

2         A.   Called on customers in an attempt to get them

3    to sell us material.  It is reverse sales, in effect.

4    It is actually purchasing rather than sales.  A scrap

5    business operates where you buy from somebody else.

6         Q.   And at that time H. Kasden & Sons was located

7    where?

8         A.   On Lloyd Street in New Haven.

9         Q.   Both the office and the yard?

10        A.   When I came to work, everything was on

11   Lloyd Street.

12        Q.   And there came a time later on when the yard

13   moved?

14        A.   There came a time later on -- yes.

15        Q.   And where did the yard move to?

16        A.   To North Haven.

17        Q.   And about when was that?

18        A.   I have a feeling it was early '70s, to the

19   best of my recollection.  I don't remember, frankly.

20   Sometime around there.

21        Q.   And did yard operations on Lloyd Street cease

22   at that time or did they go through a transition period?

23        A.   I think there was some kind of transition.

24        Q.   But they eventually ended at Lloyd Street?

25        A.   Yeah, Lloyd Street was closed and sold.

bc46cd36-d5df-4e16-b99e-fef6fc655e2c