Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 17

Deed From Lloyd Terminal Incorporated to
H. Kasden & Sons, Inc.

vol 235 page 366

KNOW ALL MEN BY THESE PRESENTS

That LLOYD TERMINAL, INCORPORATED, a Connecticut corporation with an office and principal place of business in the Town of New Haven, County of New Haven and State of Connecticut, acting herein by GEORGE KASDEN its PRESIDENT, duly authorized hereunto,

for divers good causes and considerations thereunto moving, especially for one dollar and other valuable considerations, but less than one hundred ($100.00) dollars received to its full satisfaction of

H. KASDEN & SONS, INC., a Connecticut corporation with an office and principal place of business in the Town of New Haven, County of New Haven and State of Connecticut,

$ 44.00 Conveyance Tax received

_Martha M. Ashott_
Town Clerk of North Haven

has remised, released, and forever quit-claimed, and does by these presents, for itself and its successors, justly and absolutely remise, release, and forever QUITCLAIM unto the said

H. KASDEN & SONS, INC., its successors and assigns forever, all such right and title as it, the said LLOYD TERMINAL, INCORPORATED, has or ought to have in or to that certain piece or parcel of land, situated in the Town of North Haven, County of New Haven and State of Connecticut, bounded and described as follows:

I hereby certify the within and foregoing to be a true and exact copy of Record as appears on the North Haven Land Records in Vol. 235 on Page 366 - 368

Dated at North Haven this 10TH day of December 2004 A.D.

Attest: _Cheryl A Macate_    Asst Town Clerk



vol 235 page 367

All that certain piece or parcel of land situate, lying and being in the Town of North Haven, County of New Haven and State of Connecticut, delineated and shown within yellow lines on a certain map entitled: "New York, New Haven & Hartford Railroad   Office of Engineer - Real Estate    Land in North Haven, Conn.    To Be Conveyed To Lloyd Terminal, Incorporated   Scale 1 in. = 100 Ft.    June 1965 Revised Dec. 1965", and recorded and filed in the North Haven Land Records and bounded and described as follows:

BEGINNING at a point marked by the center of an iron pipe at the most easterly corner of the herein described premises, said point being distant 20 feet northwesterly of and measured at right angles from a point in the center line of the narrow gauge track which is 249.41 feet northeasterly of the point of curvature of said track as measured along said center line thereof;

Thence southwesterly, parallel with and distant 20 feet northwesterly of and measured at right angles from said center line, bounding southeasterly by remaining railroad land, 249.41 feet to a point of curvature marked by the center of an iron pipe;

Thence in a general southwesterly direction by a curve to the right having a radius of 1151.94 feet, bounding southeasterly by said remaining railroad land, 217.58 feet to a point of tangency marked by the center of an iron pipe, the chord of said curve having a length of 217.26 feet and making an interior angle of 174° 35' 20" with the last described line;

Thence southwesterly, making an interior angle of 174° 35' 20" with the chord of the last described curve, bounding southeasterly by said remaining railroad land, 480 feet more or less to a point in the northeasterly bank of Quinnipiac River;

Thence northwesterly along said northeasterly bank of Quinnipiac River 830 feet more or less to a point;

Thence northeasterly, bounding northwesterly by said remaining railroad land, 480 feet more or less to a point;

Thence southeasterly, making an interior angle of 97° with the last described line, bounding northeasterly by said remaining railroad land, 675 feet to the point or place of beginning, and at right angles with the first described line.

Containing 12.2 acres more or less.

Being the real estate described in a deed from Richard Joyce Smith and William J. Kirk, Trustees of the property of The New York, New Haven and Hartford Railroad Company to Lloyd Terminal Incorporated dated November 28, 1966 and recorded on December 1, 1966 in Volume 225 at Page 678 of the North Haven Land Records, under the terms of which deed said Trustees retained all riparian rights pertaining to said real estate.

Together with the permanent right, privilege and easement to pass and repass on foot and with vehicles, in common with the Trustees, their successors and assigns, and others entitled thereto, and to install, repair and maintain service lines on, over, under and across the unimproved roadway, as presently located or as may reasonably be relocated, leading from the easterly corner along the northeasterly boundary of the above described premises in part to Sackett Point Road.

vo 235 pag368

TO HAVE AND TO HOLD the premises unto it, the said H. KASDEN & SONS, INC. and to its successors and assigns, to the only use and behoof of the said H. KASDEN & SONS, INC. and its successors and assigns forever, so that neither it, the said LLOYD TERMINAL, INCORPORATED, nor any other person or persons in its name and behalf, shall or will hereafter claim or demand any right or title to the premises or any part thereof, but they and every of them shall by these presents be excluded and forever barred.

IN WITNESS WHEREOF, said LLOYD TERMINAL, INCORPORATED, has caused George KASDEN, its PRESIDENT to set his hand and the seal of said corporation, this 20th day of March 1968.

Signed, Sealed and Delivered
in presence of:

_____
S. Samuel Kasden

_____
Arthur S. Sachs

LLOYD TERMINAL, INC.

By _____
George H. Kasden
Its President

STATE OF CONNECTICUT )
                     ) ss. New Haven        March 20, 1968
COUNTY OF NEW HAVEN  )

Personally appeared George KASDEN, PRESIDENT of LLOYD TERMINAL, INCORPORATED, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed and the free act and deed of said corporation, before me,

_____
Commissioner of the Superior Court
Arthur S. Sachs

Received for Record
MAR 22 1968
9 hr. 20 m. A. M.
_____
Town Clerk