**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 18**

**March 1, 1970 Aerial Photograph of Lot 2, Lot 2A**



**NORTH**

SOURCE: 1970 AERIAL PHOTOGRAPH
UNIVERSAL DRIVE, NORTH HAVEN, CT
DATE FLOWN: MARCH 1, 1970

APPROXIMATE SCALE: 1 INCH=150 FEET



RESOURCES, INC.
ENVIRONMENTAL MANAGEMENT CONSULTANTS

### 1970 AERIAL PHOTOGRAPH
### LOT 2/2A PCB AREA
### NORTH HAVEN, CONNECTICUT

| DRAWN BY: | RLB | |
|---|---|---|
| CHECKED BY: | | |
| APPROVED BY: | RLB | |
| DRAWING NO. | GWESA | |
| **FIGURE 3** | | |