Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 19

Extract From Deposition of Philip Kasden
April 25, 2003
page 9, line 3-12

| | | |
|---|---|---|
| 1 | Q. | And with what sort of degree? |
| 2 | A. | Bachelor of Science in business. |
| 3 | Q. | And where did you go to work? |
| 4 | A. | H. Kasden & Sons, Incorporated. |
| 5 | Q. | Had you worked at H. Kasden & Sons, |
| 6 | Incorporated before graduating from college? | |
| 7 | A. | Yes. |
| 8 | Q. | Summer employment? |
| 9 | A. | Summer employment, yes. |
| 10 | Q. | And what year did you go to work for |
| 11 | H. Kasden & Sons as a full-time employee? | |
| 12 | A. | I began in June of 1969. |
| 13 | Q. | And where was H. Kasden & Sons at that time? |
| 14 | A. | 34 Lloyd Street, New Haven, Connecticut. |
| 15 | Q. | And what duties did you have with |
| 16 | H. Kasden & Sons? | |
| 17 | A. | Ultimately -- |
| 18 | Q. | In 1969. |
| 19 | A. | In 1969 some administrative. I mean, it began |
| 20 | with a learning curve of understanding the business, but | |
| 21 | by, I would say, by November of 1969 cold calling sales | |
| 22 | primarily in the marketing area of purchasing feedstock | |
| 23 | or scrap metal for the operation. | |
| 24 | Q. | Did you develop any specific customers? |
| 25 | A. | Yes. |