Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 21

Extract From Deposition of Philip Kasden
April 25, 2003
page 58, line 7-18

Page 58

1      (A recess was taken from 11:22 a.m. to 11:28 a.m.)

2

3           MR. HARDING:  Your witness.

4

5           CROSS-EXAMINATION BY MR. NICOL:

6

7      Q.   Mr. Kasden, my name is Chuck Nicol and I'm a
8 lawyer with Northeast Utilities and I'll be asking you
9 some follow-up questions.
10          Do you recall your various job titles at
11 Kasden?
12     A.   I think from the time I became a stockholder I
13 was the vice president and then the position was changed
14 to executive vice president, although it was a small
15 company so I'm not sure what the differentiation was.
16     Q.   And who did you report to?
17     A.   To Charles Sterling who was the president of
18 the company.
19     Q.   And that was for basically the whole entire
20 period that you were employed full time there?
21     A.   Pretty much, yeah.
22     Q.   You indicated you had sales, marketing, and
23 administrative responsibilities?
24     A.   Correct.
25     Q.   Any other responsibilities?