Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 22

Extract From Deposition of Philip Kasden
April 25, 2003
page 28, line 5 to page 29, line 22

Page 28

```
 1      A.    Just about here.
 2      Q.    Would you please write scale there just so
 3  we'll be able to identify it later on.
 4      A.    (Witness indicates.)
 5      Q.    Did there come a time when H. Kasden & Sons
 6  began a copper recovery operation with respect to
 7  recovering copper from transformers?
 8      A.    I'm not sure I would expect that it was
 9  probably -- I mean, to the degree that the feedstock was
10  available, I expect it was always part of the process
11  from the time that the company was created.
12      Q.    What do you mean to the extent that the
13  feedstock was available; can you describe that for me
14  what you mean by that?
15      A.    Sure.  Well, feedstock comes from different
16  sources.  I would imagine at some point probably back in
17  the '30s that there was some processing of, you know, of
18  transformer, copper wire stock, that was brought in
19  depending on what companies the Kasden's were doing
20  business with at the time.
21      Q.    The principal interest in the transformer is
22  the copper core; is it not?
23      A.    Correct.
24      Q.    And so Kasden would have split open
25  transformers and recovered the copper?
```

Page 29

```
 1        A.    Correct.
 2        Q.    And what would they have done with the casing
 3   to the transformer?
 4        A.    Well, the casing is silicon steel -- you mean
 5   the steel part?
 6        Q.    Yes.
 7        A.    It probably was -- I'm not sure what the steel
 8   mill specifications were at the time, but it was
 9   probably cut to steel mill specification size.
10        Q.    And sold to a steel mill?
11        A.    Correct.
12        Q.    Just as the copper that was recovered was sold
13   to a copper smelter?
14        A.    Right.  And I believe the silicon steel went
15   to a different -- it was segregated from the fabricated
16   steel that the can was made of.
17        Q.    Would there have been ceramics involved with
18   transformers as well?
19        A.    Yeah, I guess.  Sure.
20        Q.    Would H. Kasden & Sons recover the ceramics as
21   well?
22        A.    It wouldn't be recovered, but I guess it would
23   have to be -- would have to be segregated from the
24   steel.  I mean, today a steel mill wouldn't take product
25   with ceramic on it, so I can imagine that in the '70s
```