Plaintiffs' Local Rule 56(a)1 Statement

Exhibit 24

Extract From Deposition of Philip Kasden
April 25, 2003
page 23, line 13-21

Page 23

1   to.  Other materials that could be easily processed or
2   could be just transshipped, were either placed along the
3   rail line, placed near the shear, placed somewhere else
4   so that somebody could get at them and work at them.  I
5   think what you have back here is unprocessed material.
6       Q.   Did there come a time when H. Kasden & Sons
7   recycled transformers?
8       A.   Yes.
9       Q.   Do you recall about when that might have been?
10      A.   I have no idea what the starting date might
11  be.  I would assume it was in the '70s.  I have no idea
12  when the start date would be.
13      Q.   And do you have any idea who the customers
14  were for whom you recycled transformers?
15      A.   From whom I purchased them?
16      Q.   Yes.
17      A.   I think only Northeast Utilities.  Connecticut
18  Light & Power or whatever the name of the company was at
19  the time.
20      Q.   Who was in charge of that account?
21      A.   I was.
22      Q.   Who did you deal with at Northeast Utilities?
23      A.   Somebody in the purchasing department.
24      Q.   Do you recall anybody by name?
25      A.   Marty Gaffey is the last one that I remember.