**Plaintiffs' Local Rule 56(a)1 Statement**

**Exhibit 26**

**Rule 30(b)(6) Deposition of
Northeast Utilities Service Company
page 73, line 22 to page 74, line 4**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



JOSEPH A. SCHIAVONE
CORPORATION AND MICHAEL
SCHIAVONE
           PLAINTIFFS
  VS.                              No. 302-CV-1718 (RNC)

PHILIP KASDEN, NORTHEAST
UTILITIES SERVICE COMPANY
           DEFENDANTS       Volume II

-------------------------------------------------
  CONTINUED DEPOSITION OF: Rule 30(b)6 DEPOSITION OF
                    NUSCO
-------------------------------------------------

        Taken before Kathleen S. Norton,
Registered Professional Reporter, Lic./Reg.
No. 00105, and Notary Public in and for the State of
Connecticut, pursuant to Notice, at the offices of
KOSLOFF & HARDING, 28 North Main Street, West
Hartford, Connecticut, on May 13, 2003, commencing
at 2:00 p.m.


            BRANDON SMITH REPORTING SERVICE, LLC
                    44 Capitol Avenue
                    Hartford, CT  06106
                    Tel:  (860) 549-1850
                    Fax:  (860) 549-1537

Page 73

```
 1        that I speak to?
 2   A    Someone that deals with the sale of scrap
 3        material.
 4   Q    Do you know who that would be?
 5   A    At the present time, it's Nick Foligno.
 6   Q    Did you talk to Nick Foligno in advance of
 7        coming here today?
 8   A    I talked to him.
 9   Q    Did you talk to him in preparation for your
10        appearance here today?
11   A    No.
12   Q    How long has Nick --
13   A    Foligno; F-O-L-I-G-N-O.
14   Q    How long has he worked for Northeast Utilities?
15   A    I don't know.
16   Q    Do you know which entity at Northeast Utilities
17        he works for?
18   A    Right now, he works for purchasing.
19   Q    Is purchasing different from CL&P?
20   A    I don't know.
21   Q    He works for --
22   A    Purchasing is a department.
23   Q    Of what company?
24   A    Northeast Utilities.
25   Q    Northeast Utilities.  CL&P is a subsidiary
```

Page 74

```
 1           company of Northeast Utilities?
 2    A      Yes.
 3    Q      Does CL&P have its own Purchasing Department?
 4    A      No.
 5    Q      Do any of the subsidiary companies of Northeast
 6           Utilities have their own Purchasing Department?
 7    A      Not that I know of.
 8    Q      Are you familiar with the structure of
 9           Northeast Utilities in the '70's.
10    A      It's been awhile.
11    Q      Would Northeast Utilities have the same
12           structure with respect to purchasing in the
13           '70's as it does today?
14    A      I'm not sure.
15    Q      Who is Robert Hale?
16    A      I don't know.
17                       (Plaintiff's Exhibit No. 51,
18                        02000901, marked for
19                        identification.)
20    BY MR. HARDING:
21    Q      I'm going to show you what has been marked as
22           Exhibit 51.  Have you seen this document
23           before?
24    A      I don't think so.
25    Q      Who is R.L. Hale?
```