UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone,<br><br>   Plaintiffs<br><br>  v.<br><br>Philip Kasden,<br>Northeast Utilities Service Company, and<br>Connecticut Light and Power Company,<br><br>   Defendants | Civil Action<br>No. 302 CV-1718 (RNC)<br><br><br><br><br><br><br><br><br>December 17, 2004 |

## Withdrawal of Summary Judgment Motion

Plaintiffs Michael Schiavone and the Joseph A. Schiavone Corporation hereby withdrawn

**Plaintiffs' Motion For Partial Summary Judgment As To Liability** dated December 13, 2004.

          Respectfully submitted,

          Joseph A. Schiavone Corporation, and
          Michael Schiavone
          Plaintiffs

          Nicholas J. Harding
          Federal Bar No. ct06387
          Kosloff & Harding
          Their Attorneys
          28 North Main Street
          West Hartford, CT 06107
          Tel: (860)521-7004
          Fax: (860) 521-3352

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on December 17, 2004 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| Connecticut Light and Power Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:   665-5504 |
| Northeast Utilities Service Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Duncan Ross MacKay, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:   665-5504 |

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103

F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\Summary Judg Mot\withdrawal summary judgment.wpd