103

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 DEC 23 A 11: 38
U.S. DISTRICT COURT
HARTFORD, CT

Joseph A. Schiavone Corporation
Michael Schiavone,

    Plaintiffs

v.

Philip Kasden,
Northeast Utilities Service Company, and
Connecticut Light and Power Company,

    Defendants

Civil Action
No. 302 CV-1718 (RNC)

December 17, 2004

## Withdrawal of Summary Judgment Motion

Plaintiffs Michael Schiavone and the Joseph A. Schiavone Corporation hereby withdrawn Plaintiffs' **Motion For Partial Summary Judgment As To Liability** dated December 13, 2004.

    Respectfully submitted,

    Joseph A. Schiavone Corporation, and
    Michael Schiavone
    Plaintiffs

    _____
    Nicholas J. Harding
    Federal Bar No. ct06387
    Kosloff & Harding
    Their Attorneys
    28 North Main Street
    West Hartford, CT 06107
    Tel: (860)521-7004
    Fax: (860) 521-3352

---

*Margin annotations:*

[Left margin, sideways]: The motion for partial summary judgment as to liability [doc. 97] is hereby withdrawn. So ordered.
December 28, 2004.
Robert N. Chatigny, U.S.D.J.