

FILED

The motion for partial summary judgment as to liability [doc. 97] is hereby withdrawn. So ordered.

December 28, 2004.

Robert N. Chatigny, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 DEC 27 A 11: 38

U.S. DISTRICT COURT
HARTFORD, CT.

|  |  |  |
|---|---|---|
| Joseph A. Schiavone Corporation | : | Civil Action |
| Michael Schiavone, | : | No. 302 CV-1718 (RNC) |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| Philip Kasden, | : | |
| Northeast Utilities Service Company, and | : | |
| Connecticut Light and Power Company, | : | |
| | : | |
| Defendants | : | December 17, 2004 |

### Withdrawal of Summary Judgment Motion

Plaintiffs Michael Schiavone and the Joseph A. Schiavone Corporation hereby withdrawn Plaintiffs' **Motion For Partial Summary Judgment As To Liability** dated December 13, 2004.

Respectfully submitted,

Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352