UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone,<br>　　　　Plaintiffs<br>　　v.<br><br>Philip Kasden,<br>Northeast Utilities Service Company, and<br>Connecticut Light and Power Company,<br>　　　　Defendants | Civil Action<br>No. 302 CV-1718 (RNC)<br><br><br><br><br><br>January 19, 2005 |

## Stipulation of Dismissal

Plaintiffs Joseph A. Schiavone Corporation and Michael Schiavone and defendants Northeast Utilities Service Company and Connecticut Light & Power Company, hereby stipulate to the dismissal of this matter without prejudice and without costs to either party.

Respectfully submitted,
Northeast Utilities Service Company, and
Connecticut Light and Power Company
Defendants

_____
Charles J. Nicol, Esq.
Federal Bar No. ct30202
Northeast Utilities Service Company
Their Attorneys
P.O. Box 270
Hartford, CT 06141-0270
Tel:　665-3431 / 665-3495
Fax:　665-5504
F:\WPDOCS\Schiavone\PCB 2057.11\Fed Pleadings\StipDismissal.wpd

Respectfully submitted,
Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

_____
Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

## Certificate of Service

I hereby certify that a copy of the above was mailed or delivered in hand on January 19, 2005 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| Connecticut Light and Power Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:   665-5504 |
| Northeast Utilities Service Company | Charles J. Nicol, Esq.<br>Angela L. Ruggiero, Esq.<br>Duncan Ross MacKay, Esq.<br>Northeast Utilities Service Company<br>P.O. Box 270<br>Hartford, CT 06141-0270<br><br>Tel:   665-3431 / 665-3495<br>Fax:   665-5504 |

_____
Nicholas J. Harding

Filing Location:

Office of the Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103