106

FILED

2005 JAN 20 A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph A. Schiavone Corporation<br>Michael Schiavone,<br>　　　　Plaintiffs<br><br>v.<br><br>Philip Kasden,<br>Northeast Utilities Service Company, and<br>Connecticut Light and Power Company,<br>　　　　Defendants | Civil Action<br>No. 302 CV-1718 (RNC)<br><br><br><br><br><br><br>January 19, 2005 |

## Stipulation of Dismissal

Plaintiffs Joseph A. Schiavone Corporation and Michael Schiavone and defendants Northeast Utilities Service Company and Connecticut Light & Power Company, hereby stipulate to the dismissal of this matter without prejudice and without costs to either party.

Respectfully submitted,
Northeast Utilities Service Company, and
Connecticut Light and Power Company
Defendants

_____
Charles J. Nicol, Esq.
Federal Bar No. ct302032
Northeast Utilities Service Company
Their Attorneys
P.O. Box 270
Hartford, CT 06141-0270
Tel:    665-3431 / 665-3495
Fax:    665-5504
F:\WPDOCS\Schiavone\PCB-2057.11\Fed Pleadings\StipDismissal.wpd

Respectfully submitted,
Joseph A. Schiavone Corporation, and
Michael Schiavone
Plaintiffs

_____
Nicholas J. Harding
Federal Bar No. ct06387
Kosloff & Harding
Their Attorneys
28 North Main Street
West Hartford, CT 06107
Tel: (860)521-7004
Fax: (860) 521-3352

January 20, 2005.  Approved.  So ordered.
Robert N. Chatigny; U.S.D.J.

FILED 2005 JAN 21 P 2:0 U.S. DISTRICT COURT HARTFORD, CT